**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER; 1519 New Hampshire Avenue NW, Washington, D.C. 20036<br><br>DOE 1;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street NW Washington, D.C. 20415<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management; 1900 E Street NW Washington, D.C. 20415<br><br>U.S. DEPARTMENT OF THE TREASURY 1500 Pennsylvania Avenue NW Washington, D.C.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury; 1500 Pennsylvania Avenue NW Washington, D.C. 20220<br><br>U.S. DOGE SERVICE; 736 Jackson Place NW Washington, DC 20503<br><br>ACTING U.S. DOGE SERVICE ADMINISTRATOR 736 Jackson Place Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION; 736 Jackson Place Washington, D.C. 20503<br><br>*Defendants*. | Civil No. 1:25-cv-002255 |

# MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY

Plaintiff DOE 1, through undersigned counsel, respectfully moves the Court for an order allowing Plaintiff to proceed under pseudonym in this matter for the reasons set forth in the accompanying Memorandum of Points and Authorities filed contemporaneously with this Motion.

A proposed order is attached.

Dated: February 11, 2025

Respectfully submitted,

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248

Mark B. Samburg*
Aman T. George*
Orlando Economos*
Robin F. Thurston*
Skye Perryman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@ democracyforward.org
ageorge@democracyforward.org
oeconomos@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* pro hac vice *application forthcoming*

*Counsel for Plaintiffs*