## DECLARATION OF DOE 1

I declare as follows:

1. I am over 18 years old. The information in this declaration is based on my personal knowledge.

2. I am a civilian worker and career civil servant employed at an agency of the U.S. government.

3. The agency which employees me is an "agency" within the meaning of 5 U.S.C. § 551(1) and 5 U.S.C. § 701(b)(1).

4. I reside in the Eastern District of Virginia.

5. Because I am employed at an agency of the U.S. government, I understand that my personal information, including my Social Security number, home address, disciplinary records, and other sensitive personnel records, are stored in systems administered by the U.S. Office of Personnel Management (OPM). These include the constituent systems of the Enterprise Human Resources Integration.

6. I have electronically filed a federal income tax return within the last six years.

7. Because I have electronically filed a federal income tax return within the last six years, I understand that my personal information, including my Social Security number and banking information, among other sensitive information, is stored in the payment systems of the U.S. Department of Treasury's Bureau of the Fiscal Service (BFS).

8. Based on confidence in government security practices and explicit disclosures, such as the Taxpayer Bill of Rights and Systems of Records Notices advisories on employment forms, I understood and expected that the federal government would keep my personal information contained in OPM and BFS systems private and confidential.

1

9. I understood and expected that the federal government would adhere to all applicable laws, regulations, and policies protecting the privacy, confidentiality, and security of my personal information contained in OPM and BFS systems.

10. Unlawful breach, disclosure, and accessing of my personal information contained in OPM and BFS systems would cause me significant fear about the misuse of my information by those who have accessed it, significant fear about the increased vulnerability of my potential information to further theft, and significant fear about the increased risk of identity theft.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed on February 11, 2025

*Doe 1*
_____
DOE 1

2