IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER;<br>1519 New Hampshire Avenue NW,<br>Washington, D.C. 20036<br><br>DOE 1;<br><br>   *Plaintiffs*,<br><br>   v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT<br>1900 E Street NW<br>Washington, D.C. 20415<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management;<br>1900 E Street NW<br>Washington, D.C. 20415<br><br>U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue NW<br>Washington, D.C.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury;<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. 20220<br><br>U.S. DOGE SERVICE;<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>ACTING U.S. DOGE SERVICE ADMINISTRATOR<br>736 Jackson Place<br>Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION;<br>736 Jackson Place<br>Washington, D.C. 20503<br><br>   *Defendants*. | Civil No. 1:25-cv-00255 |

## **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Electronic Privacy Information Center ("EPIC") and Doe 1 hereby move for a temporary restraining order for the following relief:

(1) enjoining the Department of Treasury ("Treasury") and Office of Personnel Management ("OPM") from allowing DOGE-affiliated personnel to access Bureau of Fiscal Services or Enterprise Human Resources Integration systems;

(2) enjoining DOGE-affiliated personnel from accessing Treasury or OPM systems containing personally identifiable information except consistent with relevant SORNs; and

(3) requiring Defendants Treasury and OPM to file a status report within 24 hours of the issuance of a Temporary Restraining Order, confirming that DOGE-affiliated personnel no longer have access to EHRI or BFS systems.

Counsel emailed the three Assistant Directors of the Federal Programs Branch immediately prior to making this application to the Court, and provided them with electronic copies of the complaint, motion for temporary restraining order, and accompanying brief, declarations, and proposed order via e-mail before completing this electronic filing.

Dated: February 12, 2025

Respectfully submitted,

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Alan Butler*
EPIC Executive Director

John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY INFORMATION
CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248

Mark B. Samburg*
Aman T. George*
Orlando Economos*
Robin F. Thurston*
Skye Perryman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
oeconomos@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

* pro hac vice *application forthcoming*

*Counsel for Plaintiffs*