# Exhibit A

I declare as follows:

1. I am over 18 years old. The information in knowledge.

2. I am a civilian worker and career civil se government.

3. The agency which employees me is an "agenc and 5 U.S.C. § 701(b)(1).

4. I reside in the Eastern District of Virgin

5. Because I am employed at an agency of the personal information, including my Social records, and other sensitive personnel rec U.S. Office of Personnel Management (OPM). the Enterprise Human Resources Integration

6. I have electronically filed a federal inco

7. Because I have electronically filed a fede understand that my personal information, i banking information, among other sensitive of the U.S. Department of Treasury's Burea

8. Based on confidence in government security the Taxpayer Bill of Rights and Systems of forms, I understood and expected that the information contained in OPM and BFS syste

1

9. I understood and expected that the federal laws, regulations, and policies protecting personal information contained in OPM and

10. Unlawful breach, disclosure, and accessing OPM and BFS systems has caused me signific information by those who have accessed it, vulnerability of my personal information t increased risk of identity theft.

I declare under penalty of perjury that, to t correct.

Executed on February 11, 2025

_____Doe 1_____
                    DOE 1

2