IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER;<br>1519 New Hampshire Avenue NW,<br>Washington, D.C. 20036<br><br>DOE 1;<br><br>   *Plaintiffs*,<br><br>   v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT<br>1900 E Street NW<br>Washington, D.C. 20415<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management;<br>1900 E Street NW<br>Washington, D.C. 20415<br><br>U.S. DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue NW<br>Washington, D.C.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury;<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. 20220<br><br>U.S. DOGE SERVICE;<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>ACTING U.S. DOGE SERVICE ADMINISTRATOR<br>736 Jackson Place<br>Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION;<br>736 Jackson Place<br>Washington, D.C. 20503<br><br>   *Defendants*. | Civil No. 1:25-cv-00255 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the Memorandum of Law in Support, and the entire record hereisn, it is this \_\_\_\_ day of February, 2025, hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____   _____
Date                                              UNITED STATES DISTRICT COURT JUDGE