**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>　　　　　Defendants. | No. 1:25-cv-0255 (RDA/WBP) |

## NOTICE OF APPEARANCE

　　Please take notice that Jonathan T. Lucier, Assistant United States Attorney for the Eastern District of Virginia, is appearing as counsel for the defendants.

Dated: February 14, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ERIK S. SIEBERT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　By:　/s/_____
　　　　　　　　　　　　　　　　　　Jonathan T. Lucier, VSB No. 81303
　　　　　　　　　　　　　　　　　　Office of the United States Attorney
　　　　　　　　　　　　　　　　　　919 East Main Street, Suite 1900
　　　　　　　　　　　　　　　　　　Richmond, Virginia, 23219
　　　　　　　　　　　　　　　　　　(804) 819-5400 (phone)
　　　　　　　　　　　　　　　　　　(804) 771-2316 (fax)
　　　　　　　　　　　　　　　　　　Email: jonathan.lucier@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on February 14, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

      /s/
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia, 23219
(804) 819-5400 (phone)
(804) 771-2316 (fax)
Email: jonathan.lucier@usdoj.gov