IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:25-cv-255 (RDA/WBP) |
| U.S. OFFICE OF PERSONAL MANAGEMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

This matter comes before the Court upon the parties' Joint Motion for Briefing Schedule. Dkt. 9. Plaintiffs filed a Motion for Temporary Restraining Order on February 12, 2025. Dkt. 5. The parties have conferred in good faith regarding an appropriate briefing schedule and date for a hearing on the Motion for Temporary Restraining Order, but have been unable to reach an agreement. Dkt. 9 ¶ 3. Accordingly, considering the parties' Joint Motion for Briefing Schedule, and for good cause shown, it is hereby

ORDERED that the Court will hold a hearing on Plaintiffs' Motion for Temporary Restraining Order on Friday, February 21, 2025, at 10:00 a.m. in Courtroom 1000. The parties are DIRECTED to inform the Court whether the parties intend to introduce live testimony; and it is

FURTHER ORDERED that the briefing[1] schedule for the Motion for Temporary Restraining Order will proceed as follows:

---

[1] Counsel is on notice that the Court will have carefully read the briefing submitted. As such, the Court expects counsel to be concise in argument.

1. Defendants' opposition will be due on Tuesday, February 17, 2025, by 5 p.m.

2. Plaintiffs' reply, if any, will be due on Wednesday, February 18, 2025, by 5p.m.

It is SO ORDERED.

Alexandria, Virginia
February 14, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge