**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> Defendants. | No. 1:25-cv-0255 (RDA/WBP) |

## **NOTICE**

The parties, pursuant to the Court's February 14, 2025 Order (ECF No. 11), state as follows.

The Court's February 14 Order directed the parties "to inform the Court whether the parties intend to introduce live testimony" at the February 21 hearing on Plaintiffs' Motion for a Temporary Restraining Order. *See* February 14 Order at 1.

Plaintiffs and Defendants do not intend to introduce live testimony at the hearing.

Dated: February 19, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
JOSEPH E. BORSON
Assistant Directors
Federal Programs Branch

ERIK S. SIEBERT
United States Attorney

By: _____/s/_____
JONATHAN T. LUCIER
Assistant United States Attorney
Office of the United States Attorney
919 E. Main Street, Suite 1900
Richmond, Virginia 23219
Tel: (804) 819-5400
Fax: (804) 771-2316
Jonathan.Lucier@usdoj.gov

PETER B. BAUMHART
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3738
Fax: (703) 299-3983
Peter.Baumhart@usdoj.gov

OLIVIA G. HORTON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
Tel.: (202) 305-0747
Olivia.G.Horton@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/*Matthew B. Kaplan*
Matthew B. Kaplan (VSB # 51027)
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Tel: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Alan Butler (*pro hac vice forthcoming*)
John L. Davisson (*pro hac vice forthcoming*)
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel: (202) 483-1140
Fax: (202) 483-1248

Mark B. Samburg (*pro hac vice forthcoming*)
Aman T. George (*pro hac vice forthcoming*)
Orlando Economos (*pro hac vice forthcoming*)
Robin F. Thurston (*pro hac vice forthcoming*)
Skye Perryman (*pro hac vice forthcoming*)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
ageorge@democracyforward.org
oeconomos@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on February 19, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia, 23219
(804) 819-5400 (phone)
(804) 771-2316 (fax)
Email: jonathan.lucier@usdoj.gov