IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:25-cv-255 (RDA/WBP) |
| U.S. OFFICE OF PERSONAL MANAGEMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court upon Plaintiff Doe 1's Motion for Leave to Proceed Pseudonymously ("Motion"). Dkt. 3. Plaintiff Doe 1's request to proceed under pseudonym is made to preserve her privacy in a matter of sensitive and highly personal nature. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that Plaintiff Doe 1's Motion is GRANTED. Plaintiff Doe 1 is permitted to proceed pseudonymously.

It is SO ORDERED.

Alexandria, Virginia
February 19, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge