UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil No. 1:25-cv-255-RDA-WBP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Peter B. Baumhart as counsel for Defendants in the above-captioned action.

Dated: February 20, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

*By*:        /s/
PETER B. BAUMHART
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3738
Fax:      (703) 299-3983
Email: Peter.Baumhart@usdoj.gov

*Counsel for Defendants*