# CIVIL HEARING

Judge:  Alston
Date:  2/21/2025
Reporter:  T. Harris
Time:  10:05-10:50


Civil Action Number:   1:25cv255

Electronic Privacy Information Center, et al. U.S. Office of Personnel Management, et al.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| John Louis Davisson | Jonathan Tyler Lucier |
| Alan Jay Butler | Peter B. Baumhart |
| Aman T. George | Christopher Healy |
| Mark B. Samburg | |
| Matthew Bryce Kaplan | |

Matter on for Plaintiffs' [5] Motion for a Temporary Restraining Order. Matter argued and taken under advisement. Order to follow.