### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

---

*Electronic Privacy Information Center, et al.*
*Plaintiffs*

*vs.*                              Case No.: 1:25-cv-00255

*U.S. Office of Personnel Management, et al.*
*Defendants*

---

### *AFFIDAVIT OF SERVICE*

*I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 02/18/2025 at 2:47 PM, I served U.S. Office of Personnel Management at 1900 E Street, NW, Washington, DC 20415 with the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief by serving Kim Brown, Management Program Analyst, authorized to accept service.*

*Kim Brown is described herein as:*

*Gender: Female       Ethnicity: Black        Age: 49       Weight: 150          Height: 5'3"        Hair: Black*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 02/18/2025*

_____
*Ambiko Wallace*

*Client Ref Number: EPIC v. OPM*
*Job #:12712158*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*