## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Electronic Privacy Information Center, et al.
                    Plaintiffs

                                                        vs.                        Case No:1:25-cv-00255

U.S. Office of Personnel Management, et al.
                    Defendants

### AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/18/2025 at 2:47 PM, I served Charles Ezell, in his official capacity as Acting Director of the Office of Personnel Management at 1900 E Street, NW, Washington, DC 20415 with the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief by serving Kim Brown, Management Program Analyst, authorized to accept service.

Kim Brown is described herein as:

Gender:   Female        Ethnicity:   Black        Age:   49        Weight:   150        Height:   5'3"        Hair:   Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/18/2025

_____
                                                                        Ambiko Wallace

                                                                        Client Ref Number: EPIC v. OPM
                                                                        Job #:12712145