# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Electronic Privacy Information Center, et al.**
**Plaintiff(s)**

**VS.**

Case No:1:25-cv-00255

**U.S. Office of Personnel Management, et al.**
**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief

SERVE TO: U.S. Department of the Treasury

SERVICE ADDRESS: 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to the U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/13/2025 via Federal Express Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772072748972.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/17/2025

_____
Carrie Hollingshed

Client Ref Number: EPIC v. OPM
Job #:12712348