## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Electronic Privacy Information Center, et al.**
**Plaintiffs**

*vs.*
Case No.: 1:25-cv-00255

**U.S. Office of Personnel Management, et al.**
**Defendants**

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Acting U.S. DOGE Administrator

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Acting U.S. DOGE Administrator, 736 Jackson Place, NW, Washington DC 20503 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159734353.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

_____
Carrie Hollingshed

Client Ref Number: EPIC v. OPM
Job #:12712171

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*