## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

*Electronic Privacy Information Center, et al.*
*Plaintiffs*

*vs.*        Case No.: 1:25-cv-00255

*U.S. Office of Personnel Management, et al.*
*Defendants*

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief

SERVE TO: U.S. DOGE Service Temporary Organization

SERVICE ADDRESS: 736 Jackson Place, NW, Washington, DC 20503

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to U.S. DOGE Service Temporary Organization, 736 Jackson Place, NW, Washington, DC 20503 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159781955.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

_____
Carrie Hollingshed

Client Ref Number: EPIC v. OPM
Job #:12712214