UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

*Electronic Privacy Information Center, et al.*
*Plaintiffs*

*vs.*

*U.S. Office of Personnel Management, et al.*
*Defendants*

Case No.: 1:25-cv-00255

### AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/14/2025 at 1:16 PM, I served Justin W. Williams, in his official capacity as U.S. Attorney for the Eastern District of Virginia at 2100 Jamieson Avenue, Alexandria, Virginia 22314 with the Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief by serving Dennis Barghaan, Civil Chief, authorized to accept service.

Dennis Barghaan is described herein as:

Gender: Male    Race/Skin: Caucasian    Age: 50    Weight: 200    Height: 5'7"    Hair:

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/17/2025

*Abel Emiru*

*Client Ref Number: EPIC v. OPM*
*Job #:12712326*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050