### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

*Electronic Privacy Information Center, et al.*
　　　　　　　　　*Plaintiffs*

　　　　　　　　　　　　　　　　　*vs.*　　　　　　　　Case No.: 1:25-cv-00255

*U.S. Office of Personnel Management, et al.*
　　　　　　　　　*Defendants*

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Notice, and Complaint for Damages, Injunctive, Mandamus, and Declaratory Relief

SERVE TO: Scott Bessent, in his official capacity as Secretary of the Treasury

SERVICE ADDRESS: U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Scott Bessent, in his official capacity as Secretary of the Treasury, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220 on 02/18/2025 via FedEx Priority Overnight, Signature Required Upon Receipt. Tracking Number: 772159677971.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/19/2025

　　　　　　　　　　　　　　　　　　　　　　　　Carrie Hollingshed

　　　　　　　　　　　　　　　　　　　　　　　　Client Ref Number: EPIC v. OPM
　　　　　　　　　　　　　　　　　　　　　　　　Job #:12712342