IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | |
| Plaintiffs, | |
| v. | No. 1:25-cv-0255 (RDA/WBP) |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants U.S. Office of Personnel Management; Charles Ezell, in his official capacity as Acting Director of OPM; U.S. Department of the Treasury; Scott Bessent, in his official capacity as Secretary of the Treasury; the U.S. Digital Service, redesignated as the U.S. Department of Government Efficiency Service, or U.S. DOGE Service; the Acting U.S. Digital Service Administrator; and the U.S. DOGE Service Temporary Organization, by counsel, move this Court for an Order dismissing plaintiffs Electronic Privacy Information Center and Doe 1's Complaint (ECF No. 1) under Federal Rules of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction and, in the alternative, under Rule 12(b)(6) for failure to state a claim upon which relief may be granted. In support of this motion, defendants refer the Court to their Memorandum of Law in Support of this motion.

WHEREFORE, defendants, by counsel and under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that the Court issue an order dismissing the Complaint for lack of subject matter jurisdiction and, in the alternative, for failure to state a claim upon which relief may be granted and for such other relief as the Court deems just and proper.

Dated: April 15, 2025                          Respectfully submitted,

                                                  ERIK S. SIEBERT
                                                  UNITED STATES ATTORNEY

By:   /s/
       Jonathan T. Lucier, VSB No. 81303
       Office of the United States Attorney
       919 East Main Street, Suite 1900
       Richmond, Virginia, 23219
       Tel.: (804) 819-5400
       Fax: (804) 771-2316
       Email: jonathan.lucier@usdoj.gov

       Peter B. Baumhart
       Office of the United States Attorney
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       Tel.: (703) 299-3738
       Fax: (703) 299-3983
       Email: Peter.Baumhart@usdoj.gov