**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, *et al.*, | |
| Plaintiffs, | |
| v. | No. 1:25-cv-0255 (RDA/WBP) |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | |
| Defendants. | |

**NOTICE OF WAIVER OF HEARING**

PLEASE TAKE NOTICE that Defendants hereby waive oral hearing on their Motion to Dismiss (ECF No. 43) and thus agree to have the motion decided on the papers alone.

Dated: April 15, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By:     /s/ _____
Jonathan T. Lucier, VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia, 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

Peter B. Baumhart
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel.: (703) 299-3738
Fax: (703) 299-3983
Email: Peter.Baumhart@usdoj.gov