UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER <br><br> DOE 1 <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-00255-RDA-WBP |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS

Plaintiffs Electronic Privacy Information Center and Doe 1 respectfully request a one-week extension of time to respond to Defendants' Motion to Dismiss, with a proposed deadline of May 6, 2025.

Defendants filed their Motion to Dismiss (ECF 43) on April 15, 2025; pursuant to Local Civil Rule 7(F)(1), Plaintiffs' opposition to that motion is due on April 29, 2025.

Plaintiffs intend to amend their complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which entitles Plaintiffs to amend by May 6, 2025. An amended complaint would moot the pending Motion to Dismiss. *See Dykes v. Portfolio Recovery Associates, LLC*, 306 F.R.D. 529, 530 (E.D.Va. 2015). Rather than filing an opposition to a Motion to Dismiss which will be mooted in short order, Plaintiffs seek a one-week extension of time, to May 6, to oppose the Motion to Dismiss, during which time they intend to file an amended complaint.

Counsel for Plaintiffs have consulted with Defendants' counsel, who consent to the motion.

Dated: April 29, 2025							Respectfully submitted,

 /s/ Matthew B. Kaplan

Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Mark B. Samburg*
Orlando Economos**
Aman T. George*
Robin F. Thurston*
Skye Perryman***
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
oeconomos@democracyforward.org
ageorge@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (fax)

* *admitted* pro hac vice
***pro hac vice* application pending
***pro hac vice* application forthcoming

*Counsel for Plaintiffs*