**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>DOE 1<br>    *Plaintiffs*,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-00255-RDA-WBP |

## NOTICE OF WAIVER OF HEARING

  Plaintiffs waive oral hearing on their consent Motion for Extension of Time.

Dated: April 29, 2025

Respectfully submitted,

 /s/ Matthew B. Kaplan

Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Mark B. Samburg*
Orlando Economos**
Aman T. George*
Robin F. Thurston*
Skye Perryman***
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
oeconomos@democracyforward.org
ageorge@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (fax)

* *admitted* pro hac vice
***pro hac vice* application pending
***pro hac vice* application forthcoming

*Counsel for Plaintiffs*