**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>DOE 1<br>　　　　　*Plaintiffs*,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>　　　　　*Defendants*. | No. 1:25-cv-00255-RDA-WBP |

**ORDER**

　　This matter comes before the Court on Plaintiffs' consent motion for extension of time. Dkt. 46. Upon consideration of the motion, and for good cause shown, the motion is hereby GRANTED; and it is

　　FURTHER ORDERED that Plaintiffs shall file an amended complaint under F.R.C.P. 15(a)(1)(B) or an opposition to Defendants' Motion to Dismiss (ECF 43) by May 6, 2025.

　　It is SO ORDERED.

Alexandria, Virginia

April  28 , 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Rossie D. Alston, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge