IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER; 1519 New Hampshire Avenue NW, Washington, D.C. 20036<br><br>DOE 1;<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street NW Washington, D.C. 20415<br><br>CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management; 1900 E Street NW Washington, D.C. 20415<br><br>U.S. DEPARTMENT OF THE TREASURY 1500 Pennsylvania Avenue NW Washington, D.C.<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Treasury; 1500 Pennsylvania Avenue NW Washington, D.C. 20220<br><br>U.S. DOGE SERVICE; 736 Jackson Place NW Washington, DC 20503<br><br>ACTING U.S. DOGE SERVICE ADMINISTRATOR 736 Jackson Place Washington, D.C. 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION; 736 Jackson Place Washington, D.C. 20503<br><br>    *Defendants*. | Civil No. 1:25-cv-00255 |

## NOTICE OF SUPPLEMENT
## TO MOTION TO APPEAR PRO HAC VICE OF ORLANDO ECONOMOS

Plaintiffs Electronic Privacy Information Center ("EPIC") and Doe 1 file this notice of supplement to Plaintiffs' Motion to appear *pro hac vice* by Orlando Economos and Certification of Local Counsel Matthew B. Kaplan, ECF No. 16. At the time the motion was filed, Mr. Economos had an application for admission to the United States District Court for the District of Columbia pending before that court. That application has now been granted, and the applicant duly sworn in. A certificate of admission is attached.

Dated: April 29, 2025

Respectfully submitted,

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248

Mark B. Samburg*
Aman T. George*
Orlando Economos**
Robin F. Thurston*
Skye Perryman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@ democracyforward.org
ageorge@democracyforward.org
oeconomos@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

\* admitted *pro hac vice*
\*\* pro hac vice *application pending*

*Counsel for Plaintiffs*

# United States District and Bankruptcy Courts
# for the District of Columbia



# Certificate of Admission
## for

**ORLANDO   ECONOMOS**

*Request for admission was on motion first made to the Court on behalf of* <u>Robin  F.  Thurston</u>. *Petitioner is duly admitted and qualified as an Attorney and Counselor of the United States District and Bankruptcy Courts for the District of Columbia, on the 7th day of April in the year of our Lord two thousand and twenty-five.*

**In testimony whereof, I,** *Angela D. Caesar, Clerk of said Court, have hereunto set my name and affixed the Seal of said Court, at the City of Washington, this 7th day of April A.D. 2025*



*Bar No.:* **90013791**

*Clerk of the United States District and Bankruptcy Courts for the District of Columbia*