IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:25-cv-00255, Case Name Electronic Privacy Information Ce
Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Orlando Economos
Bar Identification Number 90013791    State District of Colum
Firm Name Democracy Forward Foundation
Firm Phone # 202-448-9090    Direct Dial #_____    FAX # 202-796-4426
E-Mail Address oeconomos@democracyforward.org
Office Mailing Address P.O. Box 34553

Name(s) of federal district court(s) in which I have been admitted ~~n/a~~ District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Orlando Economos
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

| /s/ Matthew B. Kaplan | 02/14/2025 |
|---|---|
| (Signature) | (Date) |
| Matthew B. Kaplan | 51027 |
| (Typed or Printed Name) | (VA Bar Number) |

Court Use Only:

Clerk's Fee Paid ☒ or Exemption Granted ☐

The motion for admission is GRANTED ☒ or DENIED ☐

_____    4/30/25
(Judge's Signature)    (Date)

# NOTICE OF SUPPLEMENT
# TO MOTION TO APPEAR PRO HAC VICE OF ORLANDO ECONOMOS

Plaintiffs Electronic Privacy Information Center ("EPIC") and Doe 1 file this notice of supplement to Plaintiffs' Motion to appear *pro hac vice* by Orlando Economos and Certification of Local Counsel Matthew B. Kaplan, ECF No. 16. At the time the motion was filed, Mr. Economos had an application for admission to the United States District Court for the District of Columbia pending before that court. That application has now been granted, and the applicant duly sworn in. A certificate of admission is attached.

Dated: April 29, 2025

Respectfully submitted,

*/s/ Matthew B. Kaplan*
Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248

Mark B. Samburg*
Aman T. George*
Orlando Economos**
Robin F. Thurston*
Skye Perryman*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

# United States District and Bankruptcy Courts for the District of Columbia



## Certificate of Admission

for

**ORLANDO ECONOMOS**

Request for admission was on motion first made to the Court on behalf of _Robin F. Thurston_. Petitioner is duly admitted and qualified as an Attorney and Counselor of the United States District and Bankruptcy Courts for the District of Columbia, on the 7th day of April in the year of our Lord two thousand and twenty-five.

**In testimony whereof, I,** Angela D. Caesar, Clerk of said Court, have hereunto set my name and affixed the Seal of said Court, at the City of Washington, this 7th day of April A.D. 2025



Bar No.: **90013791**

_Angela D. Caesar_
Clerk of the United States District and Bankruptcy
Courts for the District of Columbia