**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | Civil No. 1:25-cv-255-RDA-WBP |

## ORDER

This matter comes before the Court on Defendants' consent motion for enlargement of time to file reply brief. Upon consideration of the motion, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED; and it is hereby

ORDERED that Defendants' deadline to file a reply brief in support of their motion to dismiss is extended until June 30, 2025.

Dated: June 20, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge