UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil No. 1:25-cv-255-RDA-WBP |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants, in support of their Motion to Dismiss (ECF No. 54) Plaintiffs' Amended Complaint, notify the Court of the following supplemental authority.

As Defendants argued in their opening and reply memoranda, the Fourth Circuit panel staying, pending appeal, the preliminary injunction in *American Federation of Teachers v. Bessent*, No. 25-1282, 2025 WL 1023638, *2 (4th Cir. Apr. 7, 2025), has already held in another challenge to USDS teams' access to Treasury and OPM record systems that alleged "abstract access to personal information" does not establish a concrete injury analogous to the tort of intrusion upon seclusion. *See* Defs.' Mem. (ECF No. 55) at 9-11; Defs.' Reply (ECF No. 61) at 1-4.

On August 12, the panel "vacate[d] the district court's grant of a preliminary injunction and remand[ed] for further proceedings." *Am. Fed'n of Tchrs. v. Bessent*, No. 25-1282, 2025 WL 2313244, at *1 (4th Cir. Aug. 12, 2025).

As to standing, the panel reversed the district court's holding that the plaintiffs' alleged harm was analogous to the tort of intrusion upon seclusion, thus conferring standing. The panel

1

found that "[t]he harm that might come from th[e] generalized grant of database access to an additional handful of government employees . . . seems different in kind, not just in degree, from the harm" protected against by the tort. *Id*. at *5.

The panel also held that "it seems unlikely that the district court could so definitively find final agency action" necessary for the plaintiffs' Administrative Procedure Act claim, *Bessent*, 2025 WL 2313244, at *7-8, and that "it appears difficult for [the plaintiffs] to establish a Privacy Act violation," *id*. at *9.

Dated: August 21, 2025

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: /s/ Jonathan T. Lucier
JONATHAN T. LUCIER, VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5400
Fax: (804) 771-2316
Email: jonathan.lucier@usdoj.gov

PETER B. BAUMHART
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel.: (703) 299-3738
Fax: (703) 299-3983
Email: Peter.Baumhart@usdoj.gov

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

JOSEPH E. BORSON, VSB No. 85519
Assistant Director
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0747
Email: Joseph.Borson@usdoj.gov

*Attorneys for Defendants*