UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | : | |
| | : | |
| DOE 1, | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | No. 1:25-cv-00255-RDA-WBP |
| | : | |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

## MISCELLANEOUS NOTICE OF FACTUAL DEVELOPMENT

Plaintiffs submit this notice to inform the Court and Defendants that, on or about September 30, 2025, Plaintiff Doe 1 departed federal service.

This development is relevant to Plaintiffs' representation in their Amended Complaint that "Doe 1 is a current federal employee of an agency subject to U.S. Code Title 5," ECF No. 51 ¶ 12; Doe 1 is now a *former* employee of such an agency. Similarly, this development is relevant to those statements by Doe 1 in their declaration, ECF No. 20-1, which refer to being currently employed by a federal agency. *Id*. ¶¶ 2, 3, 5.

Because Defendant Office of Personnel Management retains information about former federal employees, *see, e.g.*, "Privacy Act of 1974; System of Records," 88 Fed. Reg. 56058, 56059 (Aug. 17, 2023) (OPM GOVT-1) ("Former Federal employees' electronic Official Personnel Folders (eOPF) are located in the eOPF system at OPM."), the change in Doe 1's employment status does not affect the Plaintiffs' claims or their bases for standing. *See also Laufer v. Naranda Hotels, LLC*, 60 F.4th 156, 161 (4th Cir. 2023) ("When assessing whether a

plaintiff possesses Article III standing to sue, a court . . . must look to the facts at the time the complaint was filed.") (internal citation and quotation marks omitted).

Dated: October 8, 2025

Respectfully submitted,

 /s/ Matthew B. Kaplan

Matthew B. Kaplan, VSB # 51027
THE KAPLAN LAW FIRM
1100 N. Glebe Rd., Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
mbkaplan@thekaplanlawfirm.com

Mark B. Samburg*
Orlando Economos*
Aman T. George*
Robin F. Thurston*
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
Fax: (202) 796-4426
msamburg@democracyforward.org
oeconomos@democracyforward.org
ageorge@democracyforward.org
rthurston@democracyforward.org

Alan Butler*
EPIC Executive Director
John L. Davisson*
EPIC Director of Litigation
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (fax)

* *admitted* pro hac vice

*Counsel for Plaintiffs*