**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | Civil No. 1:25-cv-255-RDA-WBP |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's March 25, 2026 Order (ECF No. 64), and April 17, 2026 Order (ECF No. 67), Defendants submit the following brief addressing the Fourth Circuit's decisions in *American Federation of Teachers v. Bessent*, 152 F.4th 162 (4th Cir. 2025) ("*AFT*"), and *American Federation of State, County, and Municipal Employees v. Social Security Administration*, 172 F.4th 361 (4th Cir. 2026), as well as factual developments.

**I. Legal Developments**

In *AFT*—a challenge to DOGE teams' access to the same Treasury and OPM record systems at issue here—the Fourth Circuit panel "vacate[d] the district court's grant of a preliminary injunction and remand[ed] for further proceedings." *AFT*, 152 F.4th at 157. As to standing, the panel reversed the district court's holding that the plaintiffs' alleged harm was analogous to the tort of intrusion upon seclusion, thus conferring standing. *See* Defs.' Mem. in Supp. Mot. to Dismiss Am. Comp. (ECF No. 55) at 8-11; Defs.' Reply Mem. in Supp. (ECF No. 61) at 1-4; Defs.' Notice of Supp. Auth. (ECF No. 62) at 1-2. The *AFT* panel found that "[t]he

harm that might come from th[e] generalized grant of database access to an additional handful of government employees . . . seems different in kind, not just in degree, from the harm" protected against by the tort. *Id*. at 172.

In a parallel matter, plaintiffs challenged DOGE teams' access to records of the Social Security Administration. At the time of the parties' motion to dismiss briefing, the Supreme Court had recently stayed the District Court's grant of a preliminary injunction pending the government's then-pending Fourth Circuit appeal. *Soc. Sec. Admin. v. Am. Fed'n of State, Cnty., & Mun. Emps.*, 145 S. Ct. 1626 (2025) ("*AFSCME*"); *see* Defs.' Reply Mem. at 1. On April 10, 2026, an *en banc* Fourth Circuit issued its opinion in *AFSCME*, "vacat[ing] the. . . preliminary injunction and return[ing] the case to the district court," finding that "plaintiffs did not show—based on the record before the district court when it entered th[e] preliminary injunction—that they were likely to suffer irreparable harm in the absence of preliminary relief." *Am. Fed'n of State, Cnty. & Mun. Emps., AFL-CIO v. Soc. Sec. Admin.*, No. 25-1411, 2026 WL 969670, at *8 (4th Cir. Apr. 10, 2026) (cleaned up).

Relevant to the parties' motion to dismiss briefing, the *en banc* Fourth Circuit "conclude[d] that disclosing plaintiffs' members' personally identifiable information to DOGE inflicts a harm that is a close analogue to the common law tort of intrusion upon seclusion." *AFSCME*, 2026 WL 969670, at *4 (cleaned up). The Court "thus abrogate[d] [the] Court's contrary conclusion in *AFT*." *Id*. Defendants acknowledge that this holding likely defeats their standing argument, which was premised on the theory that Plaintiffs' alleged injuries were not sufficiently analogous to intrusion upon seclusion—a theory that the *en banc* Fourth Circuit has now rejected. Nevertheless, Defendants retain that argument to preserve it for appeal, should one be authorized by the Solicitor General. Defendants further note that their failure-to-state-a-claim arguments pursuant to Rule

12(b)(6) remain, and the Amended Complaint should be dismissed on that basis. *See* Defs.' Mem. at 11-20.

**II. Factual Developments**

Defendants are not presently aware of any factual developments affecting their motion to dismiss the Amended Complaint and accompanying briefing, which in any event accepted as true the allegations in the Amended Complaint.

Dated: May 8, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: /s/ Peter B. Baumhart
PETER B. BAUMHART
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel.: (703) 299-3738
Fax: (703) 299-3983
Email: Peter.Baumhart@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

JOSEPH E. BORSON, VSB No. 85519
Assistant Director
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 305-0747
Email: Joseph.Borson@usdoj.gov

*Attorneys for Defendants*