# Privileged User Access request for Marko Elez - Approval requested

**From:** Service Desk [redacted]
**To:** "Lebryk, David" <david.lebryk@treasury.gov>
**Date:** Tue, 21 Jan 2025 13:51:15 -0500

Akamai Platform User Access Request for Marko Elez requires approval.

APPROVE REJECT

To send an email containing your response, click one of the buttons above. To see the details of the request in ServiceNow, see the links at the bottom of this email. In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

## Detail Summary:

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - Akamai Control Center (ACC) Account: | Platform Administrator (with NetStorage Access) |
| - Customer Phone Number: | 2028909797 |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Environments Requested:

| | |
|---|---|
| To view the entire Approval Request in ServiceNow please click here LINK | To view the entire Requested Item in ServiceNow please click here: LINK |

Ref:MSG5500786_ADcm4xSclJQzkX395eFX

# Action Required: Pending Manager Approval Privileged User Access approval required for Marko Elez request - RITM0197226

| | |
|---|---|
| **From:** | Service Desk <[redacted] |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **Date:** | Sat, 25 Jan 2025 12:00:28 -0500 |

You have a pending privileged access request for Marko Elez that requires action. Please note you will receive a daily reminder until the request is approved or rejected.

---

To view the entire Approval Request in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): Requested Item: RITM0197226
To view the entire Requested Item in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): RITM0197226

---

APPROVE REJECT

Select '**Approve**' or '**Reject**' to send an email containing your response.

- If you **Approve**, the request will proceed through the application approval levels and fulfillers.
- If you **Reject**, end user is notified, all actions cease and a new request must be submitted.
  - Please include reason for disapproval to assist the end user in the resubmission process.
- In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

**Note:** The links above navigate to the details of the request in ServiceNow if you have the appropriate permissions. Most users will receive a 'Security constraints prevent access to requested page' message and should only use the Reject/Approve buttons above.

## Detail Summary:

**User Information**

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - MakingHomeAffordable.gov: | true |
| - MyMoney.gov: | true |
| - OFAC.treasury.gov: | true |
| - OIG.Treasury.gov: | true |
| - SIGPR.gov: | true |
| - SIGTARP.gov: | true |
| - TFM.Fiscal.Treasury.gov: | true |
| - Treasury.gov: | true |
| - TTB.gov: | true |

| | |
|---|---|
| - CDFIFund.gov: | true |
| - BEP.gov: | true |
| - Tftc-Istehdaf.org: | true |
| - IRSauctions.gov: | true |
| - kids.usmint.gov: | true |
| - All Current or Future Applications (OCIO Developers Only): | true |
| - Admin: | true |
| - Whole Site Content Manager: | true |
| - Content Editor: | true |
| - Development: | true |
| - Stage: | true |
| - Test/UAT: | true |
| - Production: | true |
| - Acquia Cloud Management Console Access (Developers Only): | Administrator |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Ref:MSG5525780_N6ptyd1Gz5k9g1PQNrwk

# Action Required: Pending Manager Approval Privileged User Access approval required for Marko Elez request - RITM0197226

**From:** Service Desk [redacted]
**To:** "Lebryk, David" <david.lebryk@treasury.gov>
**Date:** Sun, 26 Jan 2025 12:01:15 -0500

You have a pending privileged access request for Marko Elez that requires action. Please note you will receive a daily reminder until the request is approved or rejected.

To view the entire Approval Request in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): Requested Item: RITM0197226
To view the entire Requested Item in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): RITM0197226

APPROVE REJECT

Select '**Approve**' or '**Reject**' to send an email containing your response.

- If you **Approve**, the request will proceed through the application approval levels and fulfillers.
- If you **Reject**, end user is notified, all actions cease and a new request must be submitted.
  - Please include reason for disapproval to assist the end user in the resubmission process.
- In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

**Note:** The links above navigate to the details of the request in ServiceNow if you have the appropriate permissions. Most users will receive a 'Security constraints prevent access to requested page' message and should only use the Reject/Approve buttons above.

## Detail Summary:

**User Information**

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - MakingHomeAffordable.gov: | true |
| - MyMoney.gov: | true |
| - OFAC.treasury.gov: | true |
| - OIG.Treasury.gov: | true |
| - SIGPR.gov: | true |
| - SIGTARP.gov: | true |
| - TFM.Fiscal.Treasury.gov: | true |
| - Treasury.gov: | true |
| - TTB.gov: | true |

| | |
|---|---|
| - CDFIFund.gov: | true |
| - BEP.gov: | true |
| - Tftc-Istehdaf.org: | true |
| - IRSauctions.gov: | true |
| - kids.usmint.gov: | true |
| - All Current or Future Applications (OCIO Developers Only): | true |
| - Admin: | true |
| - Whole Site Content Manager: | true |
| - Content Editor: | true |
| - Development: | true |
| - Stage: | true |
| - Test/UAT: | true |
| - Production: | true |
| - Acquia Cloud Management Console Access (Developers Only): | Administrator |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Ref:MSG5527181_WVF9SH0UDGG2fkJ70o0g

# Action Required: Pending Manager Approval Privileged User Access approval required for Marko Elez request - RITM0197226

| | |
|---|---|
| **From:** | Service Desk [redacted] |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **Date:** | Mon, 27 Jan 2025 12:00:38 -0500 |

You have a pending privileged access request for Marko Elez that requires action. Please note you will receive a daily reminder until the request is approved or rejected.

To view the entire Approval Request in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): Requested Item: RITM0197226
To view the entire Requested Item in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): RITM0197226

APPROVE REJECT

Select '**Approve**' or '**Reject**' to send an email containing your response.

- If you **Approve**, the request will proceed through the application approval levels and fulfillers.
- If you **Reject**, end user is notified, all actions cease and a new request must be submitted.
  - Please include reason for disapproval to assist the end user in the resubmission process.
- In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

**Note:** The links above navigate to the details of the request in ServiceNow if you have the appropriate permissions. Most users will receive a 'Security constraints prevent access to requested page' message and should only use the Reject/Approve buttons above.

## Detail Summary:

**User Information**

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - MakingHomeAffordable.gov: | true |
| - MyMoney.gov: | true |
| - OFAC.treasury.gov: | true |
| - OIG.Treasury.gov: | true |
| - SIGPR.gov: | true |
| - SIGTARP.gov: | true |
| - TFM.Fiscal.Treasury.gov: | true |
| - Treasury.gov: | true |
| - TTB.gov: | true |

| | |
|---|---|
| - CDFIFund.gov: | true |
| - BEP.gov: | true |
| - Tftc-Istehdaf.org: | true |
| - IRSauctions.gov: | true |
| - kids.usmint.gov: | true |
| - All Current or Future Applications (OCIO Developers Only): | true |
| - Admin: | true |
| - Whole Site Content Manager: | true |
| - Content Editor: | true |
| - Development: | true |
| - Stage: | true |
| - Test/UAT: | true |
| - Production: | true |
| - Acquia Cloud Management Console Access (Developers Only): | Administrator |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Ref:MSG5532837_fzSYDflC31pqfoQLJEMH

# Request Awaiting Review

**From:** [redacted]@fiscal.treasury.gov
**To:** "Lebryk, David" <david.lebryk@treasury.gov>
**Date:** Mon, 27 Jan 2025 14:01:02 -0500

BUREAU OF THE Fiscal Service

David.Lebryk@treasury.gov,

This is a reminder that you have an open request that requires your attention.

Log into IdentityIQ to review and provide your access decision. Click here

Request Number: 0007715009
Request For Identity Display Name: **marko.elez@treasury.gov**
Request:
**Add CARS-ACCTSTMT_AR_10**

---

**This email was automatically generated by the Bureau of the Fiscal Service. Do not reply to this email.**
**For assistance contact your application support area. If unavailable, contact the Bureau of the Fiscal Service IT Service Desk at [redacted] for issues related to this request.**

# Action Required: Pending Manager Approval Privileged User Access approval required for Marko Elez request - RITM0197226

| | |
|---|---|
| **From:** | Service Desk [redacted] |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov> |
| **Date:** | Tue, 28 Jan 2025 12:00:33 -0500 |

You have a pending privileged access request for Marko Elez that requires action. Please note you will receive a daily reminder until the request is approved or rejected.

To view the entire Approval Request in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): Requested Item: RITM0197226
To view the entire Requested Item in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): RITM0197226

APPROVE REJECT

Select '**Approve**' or '**Reject**' to send an email containing your response.

- If you **Approve**, the request will proceed through the application approval levels and fulfillers.
- If you **Reject**, end user is notified, all actions cease and a new request must be submitted.
  - Please include reason for disapproval to assist the end user in the resubmission process.

- In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

**Note:** The links above navigate to the details of the request in ServiceNow if you have the appropriate permissions. Most users will receive a 'Security constraints prevent access to requested page' message and should only use the Reject/Approve buttons above.

## Detail Summary:

**User Information**

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - MakingHomeAffordable.gov: | true |
| - MyMoney.gov: | true |
| - OFAC.treasury.gov: | true |
| - OIG.Treasury.gov: | true |
| - SIGPR.gov: | true |
| - SIGTARP.gov: | true |
| - TFM.Fiscal.Treasury.gov: | true |
| - Treasury.gov: | true |
| - TTB.gov: | true |

| | |
|---|---|
| - CDFIFund.gov: | true |
| - BEP.gov: | true |
| - Tftc-Istehdaf.org: | true |
| - IRSauctions.gov: | true |
| - kids.usmint.gov: | true |
| - All Current or Future Applications (OCIO Developers Only): | true |
| - Admin: | true |
| - Whole Site Content Manager: | true |
| - Content Editor: | true |
| - Development: | true |
| - Stage: | true |
| - Test/UAT: | true |
| - Production: | true |
| - Acquia Cloud Management Console Access (Developers Only): | Administrator |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Ref:MSG5540702_XFxdPDm8X0FQ0l0R0LOe

# Action Required: Pending Manager Approval Privileged User Access approval required for Marko Elez request - RITM0197226

**From:** Service Desk [redacted]
**To:** "Lebryk, David" <david.lebryk@treasury.gov>
**Date:** Wed, 29 Jan 2025 12:00:34 -0500

You have a pending privileged access request for Marko Elez that requires action. Please note you will receive a daily reminder until the request is approved or rejected.

To view the entire Approval Request in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): Requested Item: RITM0197226
To view the entire Requested Item in ServiceNow please click here (without the correct permissions you will see 'Security constraints prevent access to the requested page'): RITM0197226

APPROVE REJECT

Select '**Approve**' or '**Reject**' to send an email containing your response.

- If you **Approve**, the request will proceed through the application approval levels and fulfillers.
- If you **Reject**, end user is notified, all actions cease and a new request must be submitted.
  - Please include reason for disapproval to assist the end user in the resubmission process.
- In order to use the approval/reject button within this email, ensure the default email app in on your PC is set to Outlook.

**Note:** The links above navigate to the details of the request in ServiceNow if you have the appropriate permissions. Most users will receive a 'Security constraints prevent access to requested page' message and should only use the Reject/Approve buttons above.

## Detail Summary:

**User Information**

| | |
|---|---|
| - Requested For: | Marko Elez |
| - Manager/Supervisor: | David Lebryk |
| - Contractor Company/Treasury Office: | Treasury Office (Office of the Chief of Staff) |
| - Effective Access Start Date: | 01-21-2025 |
| - Effective Access End Date: | 03-07-2030 |
| - Is the user a Contractor or a Federal Employee?: | Federal Employee |
| - MakingHomeAffordable.gov: | true |
| - MyMoney.gov: | true |
| - OFAC.treasury.gov: | true |
| - OIG.Treasury.gov: | true |
| - SIGPR.gov: | true |
| - SIGTARP.gov: | true |
| - TFM.Fiscal.Treasury.gov: | true |
| - Treasury.gov: | true |
| - TTB.gov: | true |

| | |
|---|---|
| - CDFIFund.gov: | true |
| - BEP.gov: | true |
| - Tftc-Istehdaf.org: | true |
| - IRSauctions.gov: | true |
| - kids.usmint.gov: | true |
| - All Current or Future Applications (OCIO Developers Only): | true |
| - Admin: | true |
| - Whole Site Content Manager: | true |
| - Content Editor: | true |
| - Development: | true |
| - Stage: | true |
| - Test/UAT: | true |
| - Production: | true |
| - Acquia Cloud Management Console Access (Developers Only): | Administrator |
| - Special Instructions (Current Projects): | Need access for IT modernization effort on behalf of DOGE / Office of the Secretary of the Treasury |
| - Rules of Behavior: | (User Acknowledged) |

Ref:MSG5549602_ULY3qFnScODoH0IHBAhI

# Timesheet Summary

**Employee:** Lebryk, David A.
**Pay Period:** 2 - 2025 January 26–February 8, 2025
Stored Snapshot

**Timesheet Type:** Regular
**Status:** Sent

Hourly Timesheet

| Transaction | Account | Sun 1/26 | Mon 1/27 | Tue 1/28 | Wed 1/29 | Thu 1/30 | Fri 1/31 | Sat 2/01 | Wk1 | Sun 2/02 | Mon 2/03 | Tue 2/04 | Wed 2/05 | Thu 2/06 | Fri 2/07 | Sat 2/08 | Wk2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Work Time** | | | | | | | | | | | | | | | | | | |
| Regular Base Pay | (NFC Stored Accounting) | | 8:00 | 8:00 | | 8:00 | 8:00 | | 32:00 | | | | | | | | | 32:00 |
| | **Work Time Total** | | 8:00 | 8:00 | | 8:00 | 8:00 | | 32:00 | | | | | | | | | 32:00 |
| **Leave Time** | | | | | | | | | | | | | | | | | | |
| Sick Leave | (NFC Stored Accounting) | | | | 8:00 | | | | 8:00 | | | | | | | | | 8:00 |
| | **Leave Time Total** | | | | 8:00 | | | | 8:00 | | | | | | | | | 8:00 |
| | **Daily Total** | | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | | 40:00 | | | | | | | | | 40:00 |
| **Dollar Transactions** | | | | | | | | | | | | | | | | | | |
| | **Daily Total** | | | | | | | | | | | | | | | | | |

Schedule Week

| Su 01/26 | M 01/27 | T 01/28 | W 01/29 | Th 01/30 | F 01/31 | Sa 02/01 | Su 02/02 | M 02/03 | T 02/04 | W 02/05 | Th 02/06 | F 02/07 | Sa 02/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | | | | | | | | |
| | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | | | | | | | | |

Timesheet Totals

**Week One Hours:** 40:00
**Week Two Hours:** 0:00
**Total Hours:** 40:00
**Time In Pay:** 40:00
**Other Time:** 0:00
**Dollar Transactions:** $0.00
**Days In Pay:** 5

Transaction Totals

| Transaction Code | Amount |
|---|---|
| Regular Base Pay | 32:00 |
| Sick Leave | 8:00 |

Pay Period Remarks

| Pay Period Remarks |
|---|
| |

Timesheet Entry Remarks

| Date | Entry | Name, UserID, Date/Time | Role | Daily Remark |
|---|---|---|---|---|
| | | | | |

## Leave Requests

| Date | Times | Hours | Transaction | Status | Approver | Approved Date |
|---|---|---|---|---|---|---|
| No leave requests found for this pay period | | | | | | |

## Premium Pay Requests

| Date | Times | Hours | Transaction | Status | Approver | Approved Date |
|---|---|---|---|---|---|---|
| No premium pay requests found for this pay period | | | | | | |

## Accrual Leave Balances

| Leave Type | Forward | Adj Forward | Accrued | Used | Adjustments | Expired | Capped | Balance | EOY Balance | Use or Lose |
|---|---|---|---|---|---|---|---|---|---|---|

| Leave Type | Forward | Adj Forward | Accrued | Used | Adjustments | Expired | Capped | Balance | EOY Balance | Use or Lose |
|---|---|---|---|---|---|---|---|---|---|---|
| Annual Leave | 728:00 | 728:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 728:00 | 920:00 | 200:00 |
| Sick Leave | 2660:00 | 2660:00 | 0:00 | 8:00 | 0:00 | 0:00 | 0:00 | 2652:00 | 2748:00 | 0:00 |

## Tracking Leave Balances

| Leave Type | Forward | Used | Adjustments | Used To Date |
|---|---|---|---|---|
| Other Leave | 8:00 | 0:00 | 0:00 | 8:00 |

## Timesheet Profile

| | |
|---|---|
| **Status Change Type:** End | **Leave Ceiling Override:** |
| **Status Change Day:** Week 1 - Saturday | **Leave Category Override:** Default (Based on SCD) |
| **Oath of Office:** F | **Home Leave Computation Date:** |
| **Final Report:** F | **Home Leave Category:** None |
| **On Hold:** F | **Home Leave End Date:** |
| **Payplan:** Other (SES) | **State Code:** West Virginia |
| **Tour of duty:** Full Time | **Agency:** DO |
| **Work Week:** None | **Town:** 2040 |
| **Duty Hours:** 80 | **New Contact Point:** F |
| **Alternative Work Schedule:** Regular 8-hour Days | **Unit:** 70 |
| **RSO / Salary Cap:** None | **Timekeeper:** 01 |
| **Standby Hours Week 1:** | **Account :** TDO0101DB0A - TDO0101DB****XX (01) SAL & EXP ANNUALTDOF402000000 - DF AS FISCAL POLICYXXXXXXXXXX - DEFAULTXXXXXXXXXXXX - DEFAULTXXXXXXXXX - DEFAULTXXXXXXXXXXXX - DEFAULTXXXXXXXXXXXX - DEFAULTXXXXXXXXXXXXX - DEFAULTXXXXXX - DEFAULT DF AS FISCAL POLICY |
| **Standby Hours Week 2:** | **Personal Leave Ceiling:** 720:00 |
| **Standby AUO Percent:** | **Vol. Leave Recipient:** No |
| **Military Emergency Leave Flag:** F | **Eme. Leave Recipient:** No |
| **Military Regular Leave Flag:** F | **Actual Leave Accrual Rate:** 8 Hours/PP |
| **Service Computation Date:** 08/14/1988 | **Accounting Type:** Stored Account |

## Activity Log

| Action | Resulting State | Date | Name | Message |
|---|---|---|---|---|
| Process | Timesheet Processed | 02/09/2025 08:01 AM EST | SYSTEM | Processed in Build ID 160277 |
| Pre-Process | Timesheet PreProcessed | 02/06/2025 06:37 PM EST | SYSTEM | |
| Certify | Timesheet Certified | 02/06/2025 06:36 PM EST | Miskell, Renata | I certify that the time worked and leave taken as recorded on this form is true and correct to the best of my knowledge. |

| Action | Resulting State | Date | Name | Message |
|---|---|---|---|---|
| Validate | Validated By Timekeeper | 02/06/2025 06:14 PM EST | Carrington, Wanda | |
| Save | Timesheet Saved | 02/06/2025 06:14 PM EST | Carrington, Wanda | |
| Reject/Decertify | Timesheet Saved | 02/06/2025 06:12 PM EST | Gorham, Tynia L. | Employee requested to add sick leave on Wednesday, January 28,2025. |
| Pre-Process | Timesheet PreProcessed | 02/06/2025 09:40 AM EST | SYSTEM | |
| Certify | Timesheet Certified | 02/06/2025 09:40 AM EST | Miskell, Renata | I certify that the time worked and leave taken as recorded on this form is true and correct to the best of my knowledge. |
| Validate | Validated By Timekeeper | 02/06/2025 08:05 AM EST | Carrington, Wanda | |
| Save | Timesheet Saved | 02/06/2025 06:42 AM EST | Heiss, Morgan FS | Exception Processing timesheet updated because of changes made to the default schedule. |
| Save | Timesheet Saved | 01/26/2025 08:09 AM EST | SYSTEM | |

Print Cancel

**From:** Lebryk, David
**To:** Office of the Fiscal Assistant Secretary
**Subject:** Thank You and Farewell
**Date:** Friday, January 31, 2025 8:36:21 AM

Today is my last day at Treasury, as I have decided to retire after 36 years of federal service. I have a had a wonderful run. I started my career as a GS-9, rising through the ranks and serving in so many interesting positions, including recently as Acting Secretary of the Treasury. While the positions I've held (especially that last one!) were varied and fascinating, what I am proudest of is what we have accomplished together and the very remarkable people I've worked with who have achieved both seemingly routine and some very extraordinary things for the American people.

The Fiscal Service performs some of the most vital functions in government. Our work may be unknown to most of the public, but that doesn't mean it isn't exceptionally important. I am grateful for having been able to work alongside some of the nation's best and most talented operations staff. I am proud of the good work that you do day in and day out on behalf of the American people.

I have also seen our organization rally around and rise to big challenges, responding expertly to national emergencies and exigent events. The strength and integrity of Fiscal's leadership team are at the heart of our success; the people of Fiscal have consistently risen to meet every challenge over the years, with much to be proud of.

Please know that your work makes a difference and is so very important to the country.

It has been an honor to work alongside you.

Dave

## Retirement paperwork for signatures

| | |
|---|---|
| **From:** | Shae M. Douglas [redacted]@fiscal.treasury.gov> |
| **To:** | "Lebryk, David" <david.lebryk@treasury.gov>, [redacted] |
| **Date:** | Wed, 29 Jan 2025 15:34:44 -0500 |
| **Attachments:** | Lebryk, David retirement paperwork for signatures.pdf (4.27 MB) |

This message was sent securely using Zix®

***CONTROLLED UNCLASSIFIED INFORMATION***

Dave,

Attached are the papers that require your signature or provide information in connection with your upcoming retirement.

**Please call me** at [redacted] or email me when you receive this package to arrange a time when we can walk through the forms together. This will ensure that you understand what you are signing and that you complete each form correctly.

Due to recent guidance by the Office of Personnel Management (OPM), applicant signatures may be accepted only in the following formats:

- PDF signatures using your PIV/CAC card
- Adobe fill/sign (original scanned signature or stylus)
- Scanned original ink signatures
- Mailed original ink signatures

If you are signing or sending the forms electronically, you consent to sign and do business electronically and *must* email them back to me using your government email.

If you will be mailing the forms with an original ink signature, ensure the forms are printed one-sided and the original signed forms are returned via regular or express mail.

**Regular Mail:**

Benefits, Avery 4-K

Bureau of the Fiscal Service

P.O. Box 1328

Parkersburg, WV 26106-1328

**Express Mail:**

Benefits, Avery 4-K

Fiscal Service Warehouse & Operations Center Dock 1

257 Bosley Pkwy

Parkersburg, WV 26101-8686

If you are married, **please include a copy of your marriage certificate** when you return this package, if you have not done so already.

**CLICK** Retirement Preparation Satisfaction Survey or scan the QR Code if you would like to complete a survey about the retirement process.

Thank you!

**Shae Douglas**

*HR Specialist, Employee Benefits Branch*

ARC | Human Resources Operations Division

Employee Benefits Branch

Benefits, Avery 4K, PO Box 1328, Parkersburg, WV 26106

**Phone** [redacted] **Direct** [redacted] **Fax** [redacted]

**Email** [redacted]@fiscal.treasury.gov

Please be aware that if you email documents containing personally identifiable information (PII), the information may not be secure, and your email may be intercepted or otherwise viewed against your wishes. **You are required to use the Employee Personal Page (EPP) to submit your Benefit elections whenever possible.** However, If you are unable **to use EPP, or are unable** to send your message securely, please contact the Benefits Service Center at 866-868-4357 and request that an encrypted email message be sent to you; you can then open and respond to the message and this will then encrypt your message and any attachments to it. Note that if you are a Fiscal Service employee sending PII from a Fiscal Service computer, your email will be encrypted by the Fiscal Service email system without explicit user interaction.

https://arc.fiscal.treasury.gov/files/my-arc/all-agencies/general/cui-coversheet.pdf

This message was secured by Zix®.

**Administrative Resource Center**
Bureau of the Fiscal Service | Department of the Treasury
Parkersburg, WV 26106-1328

Date: 01/29/2025

To: Dave Lebryk [redacted]

From: Shae Douglas

Subject: RETIREMENT PAPERWORK

Attached are the papers that require your signature or provide information in connection with your upcoming retirement.

**Please call me** at [redacted] or email me when you receive this package to arrange a time when we can walk through the forms together. This will ensure that you understand what you are signing and that you complete each form correctly.

Due to recent guidance by the Office of Personnel Management (OPM), applicant signatures may be accepted only in the following formats:

- PDF signatures using your PIV/CAC card
- Adobe fill/sign (original scanned signature or stylus)
- Scanned original ink signatures
- Mailed original ink signatures

If you are signing or sending the forms electronically, you consent to sign and do business electronically and *must* email them back to me using your government email.

If you will be mailing the forms with an original ink signature, ensure the forms are printed one-sided and the original signed forms are returned via regular or express mail.

**Regular Mail:**
Benefits, Avery 4-K
Bureau of the Fiscal Service
P.O. Box 1328
Parkersburg, WV 26106-1328

**Express Mail:**
Benefits, Avery 4-K
Fiscal Service Warehouse & Operations Center Dock 1
257 Bosley Pkwy
Parkersburg, WV 26101-8686

If married, please send your marriage certificate.

Thank you!

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Tab 7: Executive Orders

This document is scheduled to be published in the
Federal Register on 02/14/2025 and available online at
**https://federalregister.gov/d/2025-02762**, and on **https://govinfo.gov**

EXECUTIVE ORDER

14210

- - - - - - -

IMPLEMENTING THE PRESIDENT'S "DEPARTMENT OF GOVERNMENT EFFICIENCY" WORKFORCE OPTIMIZATION INITIATIVE

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1. Purpose. To restore accountability to the American public, this order commences a critical transformation of the Federal bureaucracy. By eliminating waste, bloat, and insularity, my Administration will empower American families, workers, taxpayers, and our system of Government itself.

Sec. 2. Definitions. (a) "Agency" has the meaning given to it in section 3502 of title 44, United States Code, except that such term does not include the Executive Office of the President or any components thereof.

(b) "Agency Head" means the highest-ranking official of an agency, such as the Secretary, Administrator, Chairman, or Director, unless otherwise specified in this order.

(c) "DOGE Team Lead" means the leader of the Department of Government Efficiency (DOGE) Team at each agency, as defined in Executive Order 14158 of January 20, 2025 (Establishing and Implementing the President's "Department of Government Efficiency").

(d) "Employee" has the meaning given to it by section 2105 of title 5, United States Code, and includes individuals who serve in the executive branch and who qualify as employees under that section for any purpose.

(e) "Immigration enforcement" means the investigation, enforcement, or assisting in the investigation or enforcement of Federal immigration law, including with respect to Federal

immigration law that penalizes a person's presence in, entry, or reentry to, or employment in, the United States, but does not include assisting individuals in applying for immigration benefits or efforts to prevent enforcement of immigration law or to prevent deportation or removal from the United States.

(f) "Law enforcement" means:

(i) engagement in or supervision of the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law; or

(ii) the protection of Federal, State, local, or foreign government officials against threats to personal safety.

(g) "Temporary employee" has the meaning given to it in 5 C.F.R. part 316.

(h) "Reemployed annuitant" has the meaning given to it in 5 C.F.R. part 837.

Sec. 3. Reforming the Federal Workforce to Maximize Efficiency and Productivity. (a) *Hiring Ratio*. Pursuant to the Presidential Memorandum of January 20, 2025 (Hiring Freeze), the Director of the Office of Management and Budget shall submit a plan to reduce the size of the Federal Government's workforce through efficiency improvements and attrition (Plan). The Plan shall require that each agency hire no more than one employee for every four employees that depart, consistent with the plan and any applicable exemptions and details provided for in the Plan. This order does not affect the standing freeze on hiring as applied to the Internal Revenue Service. This ratio shall not apply to functions related to public safety, immigration enforcement, or law enforcement. Agency Heads shall also adhere to the Federal Hiring Plan that will be promulgated pursuant to

Executive Order 14170 of January 20, 2025 (Reforming the Federal Hiring Process and Restoring Merit to Government Service).

(b) *Hiring Approval*. Each Agency Head shall develop a data-driven plan, in consultation with its DOGE Team Lead, to ensure new career appointment hires are in highest-need areas.

(i) This hiring plan shall include that new career appointment hiring decisions shall be made in consultation with the agency's DOGE Team Lead, consistent with applicable law.

(ii) The agency shall not fill any vacancies for career appointments that the DOGE Team Lead assesses should not be filled, unless the Agency Head determines the positions should be filled.

(iii) Each DOGE Team Lead shall provide the United States DOGE Service (USDS) Administrator with a monthly hiring report for the agency.

(c) *Reductions in Force*. Agency Heads shall promptly undertake preparations to initiate large-scale reductions in force (RIFs), consistent with applicable law, and to separate from Federal service temporary employees and reemployed annuitants working in areas that will likely be subject to the RIFs. All offices that perform functions not mandated by statute or other law shall be prioritized in the RIFs, including all agency diversity, equity, and inclusion initiatives; all agency initiatives, components, or operations that my Administration suspends or closes; and all components and employees performing functions not mandated by statute or other law who are not typically designated as essential during a lapse in appropriations as provided in the Agency Contingency Plans on the Office of Management and Budget website. This subsection

shall not apply to functions related to public safety, immigration enforcement, or law enforcement.

(d) *Rulemaking*. Within 30 days of the date of this order, the Director of the Office of Personnel Management (OPM) shall initiate a rulemaking that proposes to revise 5 C.F.R. 731.202(b) to include additional suitability criteria, including:

(i) failure to comply with generally applicable legal obligations, including timely filing of tax returns;

(ii) failure to comply with any provision that would preclude regular Federal service, including citizenship requirements;

(iii) refusal to certify compliance with any applicable nondisclosure obligations, consistent with 5 U.S.C. 2302(b)(13), and failure to adhere to those compliance obligations in the course of Federal employment; and

(iv) theft or misuse of Government resources and equipment, or negligent loss of material Government resources and equipment.

(e) *Developing Agency Reorganization Plans*. Within 30 days of the date of this order, Agency Heads shall submit to the Director of the Office of Management and Budget a report that identifies any statutes that establish the agency, or subcomponents of the agency, as statutorily required entities. The report shall discuss whether the agency or any of its subcomponents should be eliminated or consolidated.

(f) Within 240 days of the date of this order, the USDS Administrator shall submit a report to the President regarding implementation of this order, including a recommendation as to

whether any of its provisions should be extended, modified, or terminated.

Sec. 4. Exclusions. (a) This order does not apply to military personnel.

(b) Agency Heads may exempt from this order any position they deem necessary to meet national security, homeland security, or public safety responsibilities.

(c) The Director of OPM may grant exemptions from this order where those exemptions are otherwise necessary and shall assist in promoting workforce reduction.

Sec. 5. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department, agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

February 11, 2025.

[FR Doc. 2025-02762 Filed: 2/13/2025 11:15 am; Publication Date: 2/14/2025]

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO

Federal Register / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents 8441

# Presidential Documents

**Executive Order 14158 of January 20, 2025**

## Establishing and Implementing the President's "Department of Government Efficiency"

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Purpose.* This Executive Order establishes the Department of Government Efficiency to implement the President's DOGE Agenda, by modernizing Federal technology and software to maximize governmental efficiency and productivity.

**Sec. 2**. *Definitions.* As used in this order:

(a) "Agency" has the meaning given to it in section 551 of title 5, United States Code, except that such term does not include the Executive Office of the President or any components thereof.

(b) "Agency Head" means the highest-ranking official of an agency, such as the Secretary, Administrator, Chairman, or Director, unless otherwise specified in this order.

**Sec. 3**. *DOGE Structure.* (a) *Reorganization and Renaming of the United States Digital Service.* The United States Digital Service is hereby publicly renamed as the United States DOGE Service (USDS) and shall be established in the Executive Office of the President.

(b) *Establishment of a Temporary Organization.* There shall be a USDS Administrator established in the Executive Office of the President who shall report to the White House Chief of Staff. There is further established within USDS, in accordance with section 3161 of title 5, United States Code, a temporary organization known as "the U.S. DOGE Service Temporary Organization". The U.S. DOGE Service Temporary Organization shall be headed by the USDS Administrator and shall be dedicated to advancing the President's 18-month DOGE agenda. The U.S. DOGE Service Temporary Organization shall terminate on July 4, 2026. The termination of the U.S. DOGE Service Temporary Organization shall not be interpreted to imply the termination, attenuation, or amendment of any other authority or provision of this order.

(c) *DOGE Teams.* In consultation with USDS, each Agency Head shall establish within their respective Agencies a DOGE Team of at least four employees, which may include Special Government Employees, hired or assigned within thirty days of the date of this Order. Agency Heads shall select the DOGE Team members in consultation with the USDS Administrator. Each DOGE Team will typically include one DOGE Team Lead, one engineer, one human resources specialist, and one attorney. Agency Heads shall ensure that DOGE Team Leads coordinate their work with USDS and advise their respective Agency Heads on implementing the President's DOGE Agenda.

**Sec. 4**. *Modernizing Federal Technology and Software to Maximize Efficiency and Productivity.* (a) The USDS Administrator shall commence a Software Modernization Initiative to improve the quality and efficiency of government-wide software, network infrastructure, and information technology (IT) systems. Among other things, the USDS Administrator shall work with Agency Heads to promote inter-operability between agency networks and systems, ensure data integrity, and facilitate responsible data collection and synchronization.

(b) Agency Heads shall take all necessary steps, in coordination with the USDS Administrator and to the maximum extent consistent with law, to ensure USDS has full and prompt access to all unclassified agency records, software systems, and IT systems. USDS shall adhere to rigorous data protection standards.

(c) This Executive Order displaces all prior executive orders and regulations, insofar as they are subject to direct presidential amendment, that might serve as a barrier to providing USDS access to agency records and systems as described above.

**Sec. 5**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.



THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02005
Filed 1–28–25; 11:15 am]
Billing code 3395–F4–P

# Tab 8: Declarations

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | Civil Action No. 25-1144 (JAV) |

**DECLARATION OF MICHAEL J. WENZLER**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

I, Michael J. Wenzler, declare the following to be a true and correct statement of facts:

1. I am the Associate Chief Human Capital Officer for Executive and Human Capital Services at the Departmental Offices of the Department of the Treasury (Treasury). In this capacity, I am responsible for leading and overseeing the development and delivery of the full range of human resources services to managers, supervisors, and employees of Treasury's Departmental Offices. This includes, but is not limited to, appointing, onboarding, and providing executive resources support to Departmental Offices senior executives, senior level executives, non-career executives, Schedule C appointees, and Presidential appointees. I have held this position since January 28, 2024. Prior to this role, I served at the U.S. Mint, and I have been employed at the Treasury Department since April 2020.

2. The purpose of this declaration is to set forth information related to Treasury's employment of Thomas H. Krause, Jr., and Marko Elez. The statements made herein are based



MJW 2/11/2025

on my personal knowledge and review of documents and information furnished to me in the course of my official duties.

3. On January 23, 2025, Thomas H. Krause, Jr., was appointed under 5 U.S.C. § 3109 as a Consultant for Treasury (Departmental Offices, Office of the Chief of Staff) with the title of Senior Advisor for Technology and Modernization. Thomas executed his appointment affidavit and affirmed his oath of office on January 23, 2025 and onboarded at Treasury the same day. Consultants appointed under 5 U.S.C. § 3109 are Federal civil service employees under 5 U.S.C. § 2105. *See* 5 C.F.R. § 304.101. A consultant appointed under 5 U.S.C. § 3109 may be employed without pay. *See* 5 C.F.R. § 304.102(h). Thomas waived compensation in writing and is serving unpaid.

4. Thomas is designated as a Special Government Employee (SGE) under 18 U.S.C. § 202. An SGE is an officer or employee who is retained, designated, appointed, or employed, to perform temporary duties either on a full-time or intermittent basis, with or without compensation, for not more than 130 days during any period of 365 consecutive days.

5. On February 3, 2025, I executed human resources forms associated with Thomas's appointment ("appointment documentation") in my role as the Appointing Official. It is common during transitions between administrations, when many individuals are onboarding in a short period of time, for such appointment documentation to be executed after the individual's employment at Treasury begins. Subsequent review of the appointment documentation I executed on February 3, 2025 identified an error in the identified period of Thomas's appointment. Specifically, the February 3, 2025 documentation erroneously stated that Thomas's start date was February 9, 2025. As described above, Thomas has been a Treasury employee since January 23, 2025. Accordingly, on February 10, 2025, I executed revised appointment



2/11/2025

documentation for Thomas, which reflects the correct appointment term of January 23, 2025 to March 24, 2025.

6. The Summary of Duties for Thomas's appointment states that: "The Senior Advisor will work very closely with the Office of Fiscal Assistant Secretary and Fiscal Service - and in particular the Office of the Commissioner to execute Fiscal's mission of promoting the financial integrity and operational efficiency of the federal government through exceptional accounting, financing, collections, payments, and shared services. The Senior Advisor shall focus on key issues for Fiscal, including but not limited to: (1) Operational Resiliency; (2) Advancing Governmentwide Payment Integrity; (3) Critical Modernization Programs; (4) lmproving the Payment Experience; and (5) TreasuryDirect User Credential Costs. The Senior Advisor shall work closely with key internal, external, and interagency stakeholders to execute Fiscal's mission."

7. 5 C.F.R. § 304.102(b) defines a consultant as "a person who can provide valuable and pertinent advice generally drawn from a high degree of broad administrative, professional, or technical knowledge or experience." 5 C.F.R. § 304.103(c) defines a consultant position as "one that requires providing advice, views, opinions, alternatives, or recommendations on a temporary and/or intermittent basis on issues, problems, or questions presented by a Federal official." Agencies may not employ consultants to preform managerial or supervisory work. *See* 5 C.F.R. § 304.103(b).

8. At the request of the Treasury Chief of Staff (hiring manager), my office is pursuing the employment of Thomas as the Senior Advisor for Technology and Modernization under a Temporary Transition Schedule C appointment (*see* 5 C.F.R. § 213.3302; U.S. Office of Personnel Management Memorandum for Heads of Executive Departments, Independent



[handwritten initials] 2/11/2025

Agencies, Inspectors General and the Council of the Inspectors General on Integrity and Efficiency dated January 8, 2025). Upon appointment, Thomas will work closely with the Chief of Staff, the Under Secretary for Domestic Finance, and the Office of Fiscal Assistant Secretary and Fiscal Service to lead the development, execution, and management of the information technology and technological modernization efforts and programs for the Department of the Treasury and the internal management of the Department and its bureaus – including the Bureau of the Fiscal Service – as it relates to technology. Mr. Krause's new Schedule C appointment to this position has not yet occurred, but will likely occur in the near future.

9. On January 21, 2025, Treasury appointed Marko Elez as Special Advisor for Information Technology and Modernization (Treasury Departmental Offices, Office of the Chief of Staff), under Treasury's authority to establish temporary transitional Schedule C positions. *See* 5 C.F.R. § 213.3302. Appointments under this authority may be made for a period not to exceed 120 days with one extension of an additional 120 days. As described herein, Marko was a Treasury employee between January 21 and February 6, 2025.

10. The Position Description for Marko states that his roles and responsibilities included conducting "special and confidential studies on a variety of strategies and issues related to Treasury's information technology," and identifying, analyzing, and making "recommendations to strengthen Treasury's hardware and software."

11. Although Marko could have been designated as an SGE because the appointment was to perform temporary duties either on a full-time or intermittent basis for not more than 130 days, the Treasury department Ethics office *did not* designate Marko as a Special Government Employee, meaning that Marko had to comply with additional ethics requirements that are not required for SGE positions.



2/11/2025

12. On February 6, 2025, Marko resigned from his position. He is no longer employed by the Department of the Treasury.

2/11/2025



2/11/2025

I declare the foregoing to be true and correct, upon penalty of perjury.

Dated: 2/11/2025

Signed [signature]

Michael J. Wenzler

Associate Chief Human Capital Officer

for Executive and Human Capital Services

Departmental Offices of the Department of the Treasury

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, *et al.*<br>*Plaintiffs*,<br>*v.*<br>U.S. Department of the Treasury, *et. al*.<br>*Defendants*. | Case No. 1:25-cv-1144-JAV |

I, Joseph Gioeli III, declare under penalty of perjury:

1. I currently serve as the Deputy Commissioner for Transformation and Modernization in the Bureau of the Fiscal Service (Bureau or BFS), in the U.S. Department of the Treasury (Treasury), and have been employed in this role since 2023. I report to the Commissioner of the Bureau. I am a career civil servant. Prior to my current position, I also served as the Bureau's Chief Technology Officer from 2017-2020 and its Chief Information Officer from 2020-2023. I have been employed at the Bureau for over seven years.

2. In my current role, I oversee, among other things, the Bureau's Office of Information and Security Services (ISS). ISS promotes the integrity and operational efficiency of the federal government's financial infrastructure that is within Treasury's responsibility, while ensuring the security of that infrastructure and the information it contains. In my position, I oversee the Chief Information Officer, who has authority over the security of and access to these systems. I have extensive knowledge of the Bureau's technology investments, as well as the related technology and cybersecurity strategies that support our enterprises.

3. I also understand the security posture of these systems, the types of data that generally transact through these systems, and their criticality to the national critical infrastructure. I am also familiar with Bureau requirements around access to sensitive systems.

4. In my current role, I have been involved in the Bureau's efforts to develop and implement a 4- to 6-week payment process engagement plan ("engagement") in which the Bureau would support Treasury employees from the Treasury DOGE Team in understanding payment processes and identifying opportunities to advance payment integrity and fraud reduction goals. The Treasury DOGE Team involved in this engagement consisted of Thomas Krause and Marko Elez. To date, to the best of my knowledge, Mr. Elez has been the only individual on the Treasury DOGE Team who has been provided direct access to BFS payment systems or source code. Mr. Krause had "over the shoulder" access by which he could view BFS payment systems or source code while they were being accessed by another person with the required access and permissions. I understand that Mr. Elez had provided Mr. Krause with updates about his work, which may have occasionally included screenshots of payment systems data or records, but Mr. Krause did not receive direct access to BFS payment systems or source code.

5. BFS has multiple payment and accounting systems that are responsible for different tasks and processes, which are involved in BFS's engagement with the DOGE team. These include Payment Automation Manager (PAM), Secure Payment System (SPS), Automated Standard Application for Payments (ASAP), International Treasury Services (ITS.gov), and the Central Accounting and Reporting System (CARS).

6. PAM is the primary application used by Treasury to process payments for disbursement, and it includes several components. PAM's "file system" is where payment files are transferred

from initiating agencies before processing and certification, sometimes referred to as its "landing zone." Once certified by the initiating agency certifying official, PAM's "payment processing system" processes the payments consistent with the instructions within the file. The PAM payment process is described in more detail in the accompanying declaration of Vona S. Robinson.

7. ASAP is a recipient-initiated electronic payment and information system; this means that it is a payment system that allows recipients to draw down funds from an established account for that recipient.

8. SPS is a system through which paying agencies securely create, certify, and submit individual payment files to Treasury; it is also typically used for one-time large dollar amount transactions.

9. International Treasury Services.gov (ITS) allows federal agencies to make international payments, which are often used, for example, to provide Social Security benefit payments to Americans living abroad.

10. Finally, the Central Accounting and Reporting System (CARS) is the electronic system for recording the federal government's financial data on an agency's spending and provides streamlined agency reporting for accounting purposes.

11. The scope of work as envisioned in the engagement plan required access to Fiscal Service source code, applications, and databases across all these Fiscal Service payment and accounting systems and their hosting environments. This broad access presented risks, which included potential operational disruptions to Fiscal Service's payment systems, access to sensitive data elements, insider threat risk, and other risks that are inherent to any user access

to sensitive IT systems. In light of these risks, BFS and Treasury Departmental Office employees developed mitigation strategies that sought to reduce these risks.

12. These measures included the requirement that Mr. Elez be provided with a BFS laptop, which would be his only method of connecting to the Treasury payments systems, both in connecting with the source code repository and for his read-only access of the systems. He had previously been provided a Treasury laptop from the Department shortly after he onboarded, but due to Bureau security policy, that device was restricted from accessing the BFS systems and services he had requested. BFS used several cybersecurity tools to monitor Mr. Elez's usage of his BFS laptop at all times and continuously log his activity. Additionally, the Bureau enabled enhanced monitoring on his laptop, which included the ability to monitor and block website access, block the use of external peripherals (such as USB drives or mass storage devices), monitor any scripts or commands executed on the device, and block access to cloud-based storage services. Additionally, the device contained data exfiltration detection, which alerts the Bureau to attempts to transmit sensitive data types. The laptop is also encrypted in accordance with Bureau policy, which, if the laptop were stolen or lost, would prevent unauthorized users from accessing data contained within the laptop.

13. Additional mitigation measures that were adopted included that Mr. Elez would receive "read-only" access to the systems, and that any reviews conducted using the "read-only" access would occur during low-utilization time periods, to minimize the possibility of operational disruptions. While providing a single individual with access to multiple systems and data records accessed here was broader in scope than what has occurred in the past, this read-only approach is similar to the kind of limited access the Bureau has provided to

auditors for other Treasury non-payment systems, though even in those scenarios the availability of production data was significantly limited.

14. Further, it was agreed that in the near-term only a single Treasury employee, Mr. Elez, would be designated as the "technical team member" who would exercise this read-only access. The Bureau would provide safeguarding and handling instructions for Treasury data for the duration of the project, and ISS personnel instructed Mr. Elez and Mr. Krause that no Treasury information and data could leave the Bureau laptop for the duration of the engagement, consistent with what was outlined in the engagement plan. The Treasury DOGE Team also agreed that, at the end of the project, it would provide the Bureau with an attestation statement that any copies of Treasury information made would be properly destroyed, and confirmation that no suspicious or unauthorized access to Bureau information or data had occurred during the engagement.

15. Overall, BFS and Treasury leadership were fully aware of the risks presented by Mr. Elez's work and sought to mitigate those risks to the extent possible through the measures just described.

16. On January 28, 2025, the Bureau provided Mr. Elez with the Bureau laptop and with copies of the source code for PAM, SPS, and ASAP in a separate, secure coding environment known as a "secure code repository" or "sandbox." Mr. Elez could review and make changes locally to copies of the source code in the cordoned-off code repository; however, he did not have the authority or capability to publish any code changes to the production system or underlying test environments. This repository was separate from Fiscal Service's typical code development environment, and unlike the usual code development environment, this

new repository was segmented, to ensure that no changes to the operative source code could be made.

17. On February 3, 2025, consistent with the engagement plan and mitigation measures developed, Mr. Elez was provided with read-only access, through his Bureau laptop, to the certain BFS systems. The read-only access that Mr. Elez was provided gives the user the ability to view and query information and data but does not allow for any changes to that information and data within its source system. While this reduces risk, it does not fully eliminate the risks identified in the assessment (for example, the risk of overburdening the system with a complex read-only query). Specifically, Mr. Elez was provided read-only access to the Payment Automation Manager (PAM) Database, Payment Automation Manager (PAM) File System, and, subsequently on February 5, the Secure Payment System (SPS) Database.

18. ISS configured his network access and assisted him in setting up the necessary tools to connect to the PAM database on February 3. His access was closely monitored by multiple BFS administrators throughout the process on February 3. That same day, he received a "walk-through" demonstration of two BFS payment systems, the PAM database and the PAM file system (the system that controls the payment file "landing zone" discussed above), to see how the systems worked. He logged in with his read-only access to these systems on February 3 during this "walk-through" demonstration. The Bureau is in the process of reviewing the logs of Mr. Elez's activity on his Bureau laptop, and this review remains ongoing. Based on the preliminary log reviews conducted to date, it appears that on February 3, Mr. Elez copied two USAID files directly from the PAM database to his BFS laptop; on February 4 and 5, Mr. Elez accessed the PAM file system; and on February 5, Mr. Elez

accessed the PAM payment processing database. These activities are consistent with the read-only access that Mr. Elez was provided and did not change or alter any BFS payment system or record within their source systems. As noted, reviews of Mr. Elez's work are still actively occurring; I do not have any more detail to provide at this time about his activities with respect to PAM.

19. Due to scheduling constraints, Mr. Elez was unable to meet with Bureau personnel to set up his access to the SPS database until February 5. On that date, lSS held a virtual walk-through session to help him to connect to the SPS database. He accessed this database exclusively under the supervision of Bureau database administrators in a virtual walkthrough session. According to the preliminary review of logs the Bureau has conducted to date, it appears Mr. Elez accessed the SPS database only once during that walk-through demonstration on February 5. It does not appear that he accessed the database again. As part of the ongoing review, additional log reviews are currently underway to confirm this. Mr. Elez never logged into ASAP, CARS, or ITS.gov, as technical access to those systems was never established for him.

20. On the morning of February 6, it was discovered that Mr. Elez's database access to SPS on February 5 had mistakenly been configured with read/write permissions instead of read-only. A forensic investigation was immediately initiated by database administrators to review all activities performed on that server and database. The initial investigation confirmed that all of Mr. Elez's interactions with the SPS system occurred within the supervised, walk-through session and that no unauthorized actions had taken place. His access was promptly corrected to read-only, and he did not log into the system again after his initial virtual over-the-shoulder session on February 5. To the best of our knowledge, Mr. Elez never knew of the

fact that he briefly had read/write permissions for the SPS database, and never took any action to exercise the "write" privileges in order to modify anything within the SPS database—indeed, he never logged in during the time that he had read/write privileges, other than during the virtual walk-through – and forensic analysis is currently underway to confirm this.

21. As noted above, the Bureau used several cybersecurity tools to monitor Mr. Elez's usage and continuously log his activity. While forensic analysis is still ongoing, Bureau personnel have conducted preliminary reviews of logs of his activity both on his laptop and within the systems and at this time have found no indication of any unauthorized use, of any use outside the scope that was directed by Treasury leadership, or that Mr. Elez used his BFS laptop to share any BFS payment systems data outside the U.S. Government.

22. On February 6, 2025, Mr. Elez submitted his resignation as a Treasury employee. After the Bureau received written notification from the Department confirming his resignation, it revoked or removed all physical and logical access and recovered all Treasury equipment, including his Treasury Departmental Offices and Bureau laptops, Treasury Departmental Offices government cell phone, and Treasury building access cards.

23. I have consulted with other BFS officials familiar with our access policies, and to date we have not identified any BFS policies (in effect either currently or prior to January 20, 2025) that disallow Federal employees from accessing the BFS payment and accounting systems identified above on the basis that they hold non-career (or political) appointments or are Special Government Employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/11/25

Signed: [signature]

Joseph Gioeli III

Deputy Commissioner of Transformation and Modernization

Bureau of the Fiscal Service

United States Department of the Treasury

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, *et al.*<br>*Plaintiffs*,<br>*v.*<br>U.S. Department of the Treasury, *et. al.*<br>*Defendants*. | Case No. 1:25-cv-1144-JAV |

I, Thomas H. Krause, Jr., declare under penalty of perjury:

1. I am employed as the Senior Advisor for Technology and Modernization at the Department of the Treasury. I started serving in this role on January 23, 2025. This role is currently unpaid, and I am not seeking compensation, as permissible by law. I am also designated as a Special Government Employee (SGE). While in this Treasury role, I have also maintained my employment as Chief Executive Officer (CEO) of Cloud Software Group, Inc., which is a privately held company comprised of several enterprise software businesses. Treasury's ethics office determined, based on my role as an SGE, that this arrangement was permissible. In addition to serving as Senior Advisor for Technology and Modernization, on February 5, 2025, the Treasury Secretary delegated the performance of duties of the Fiscal Assistant Secretary to me, although I have not yet assumed those duties.

2. My role at Treasury as Senior Advisor for Technology and Modernization was created to help effectuate the mission of the President's Department of Government Efficiency (DOGE). Under the President's January 20, 2025 Executive Order establishing the U.S. DOGE Service (USDS/DOGE) as a temporary organization within the Executive Office of the President that

seeks to maximize governmental efficiency and productivity, the President directed each Agency Head to establish a DOGE team of at least four employees, which may include Special Government Employees, within 30 days. In this role, I am responsible, among other duties, for reducing and eliminating improper and fraudulent payments; waste, fraud, and abuse; and improving the accuracy of financial reporting. To that end, I am focused on improving the controls, processes, and systems that facilitate payments and enable consolidated financial reporting. I serve as the DOGE team lead for the Treasury Department (Treasury DOGE Team).

3. Currently, I am the only Treasury DOGE team member. A second Treasury DOGE team member, Marko Elez, began working at the Treasury Department on January 21, 2025, but resigned from his role on February 6, 2025. Marko Elez is a highly qualified software engineer who previously worked at several of Elon Musk's companies, including SpaceX and X (formerly Twitter). In January, USDS/DOGE recommended to me, and to incoming Treasury leadership, that Mr. Elez be selected as the Treasury DOGE Team's technical team member. Treasury hired Mr. Elez as a Special Advisor for Information Technology and Management. In this role, Mr. Elez was a Treasury employee tasked with working closely with engineers at the Bureau of the Fiscal Service (BFS) on information technology (IT) matters in service of BFS's mission to promote financial integrity and operational efficiency of the federal government through accounting, financing, collection, payment, and other relevant BFS services. On February 6, 2025, Mr. Elez submitted his resignation from this role. On that same day, he turned in his Treasury laptop, BFS laptop, access card, and other government devices; his BFS systems access was terminated; and he has not conducted any work related to the BFS payment systems since that date.

4. Although I coordinate with officials at USDS/DOGE, provide them with regular updates on the team's progress, and receive high-level policy direction from them, I am not an employee of USDS/DOGE. My role on the Treasury DOGE Team is to find ways to use technology to make the Treasury Department more effective, more efficient, and more responsive to the policy goals of this Administration.

5. Although I have not yet assumed the duties of the Fiscal Assistant Secretary, in this role, I will be the official primarily responsible for overseeing the activities of the Bureau of the Fiscal Service (BFS), which manages the government's accounting, central payment systems, and public debt, among other tasks, and which serves as the central payment clearinghouse for all payments to and from federal agencies. BFS is responsible for disbursing the majority of U.S. Government payments, valued at more than $5 trillion annually.

6. I bring to my work at Treasury a wealth of experience from my long and successful business career in the technology industry, helping make major software enterprises more efficient, effective, innovative, and profitable. As noted above, I am currently the CEO of Cloud Software Group, one of the largest privately held enterprise software companies globally. Over the last two years, we have dramatically improved the company's effectiveness and efficiency by, among other things, improving our business processes and integrating and modernizing our technology systems. Prior to my employment at Cloud Software Group, I spent over a decade at Broadcom, where I was an executive officer serving as CFO and most recently as President of Broadcom Software. Broadcom is one of the most valuable companies in the world today and was built largely by acquiring underperforming semiconductor and enterprise software businesses and improving their effectiveness and efficiency. I am proud of this work, and I bring this focus on effectiveness and efficiency to

my work for the Treasury Department and in service of the President's DOGE mission, to help maximize value for the American taxpayer and make our Government better for future generations.

7. As illustrated by several reports released by the Government Accountability Office (GAO), we have our work cut out for us. On January 16, 2025, GAO released a report entitled "Financial Audit: FY2024 and FY2023 Consolidated Financial Statements of the U.S. Government." In the report, GAO summarizes that they were not able to determine if the Financial Report of the U.S. Government is fairly presented. Among other reasons, GAO highlighted "problems in accounting for transactions between federal agencies." GAO found many material weaknesses including "the federal government's inability to determine the full extent to which improper payments, including fraud, occur and reasonably assure that appropriate actions are taken to reduce them." GAO also reported that Treasury and Office of Management and Budget (OMB) officials expressed their continuing commitment to addressing the problems this report outlines. In short, the GAO report identifies the Federal government's inability to account for all of the improper payments including waste, fraud and abuse across federal agencies.

8. On September 10, 2024, the GAO released a report entitled "Payment Integrity: Significant Improvements are Needed to Address Improper Payments and Fraud." The report found that since 2003, cumulative improper payments[1] by executive branch agencies have totaled about $2.7 *trillion* dollars. Some of GAO's top concerns included fraudulent or improper Earned Income Tax Credit refunds, Social Security payments, unemployment insurance payments,

[1] Improper payments and fraudulent payments are related but distinct concepts. An improper payment is a payment that should not have been made, or that was made with an incorrect amount; fraudulent payments occur due to willful misrepresentation. All fraudulent payments are improper, but not all improper payments are fraudulent.

and Medicare and Medicaid payments. In fiscal year 2023 alone, federal agencies estimated $236 billion in improper payments across more than 70 federal programs. In addition, GAO estimated that the total annual financial losses across the government from fraud are between $233 and $521 billion. These numbers are truly staggering—billions and billions in hard-earned American taxpayer dollars are being misspent every year. GAO highlighted a number of steps that Congress and federal agencies could take to help reduce fraud and improper payments, including that "[a]gencies should improve oversight to ensure that funds aren't paid to ineligible recipients" and that "[a]gencies should improve their collection and use of data for preventing and detecting fraud."

9. Similarly, GAO has identified areas for improvement in BFS's systems related to identifying and tracing transactions to determine whether they were complete and properly recorded in the correct general ledger accounts and line items within the Schedules of the General Fund. *See* GAO Report, "Financial Statement Audit: Bureau of the Fiscal Service's FY22 Schedules of the General Fund" (March 30, 2023). Specifically, GAO has found inconsistent reporting, lack of traceability, and need for improved controls with the Treasury's Central Accounting and Reporting System (CARS), which federal agencies use to track their spending for budgetary and accounting purposes. These kinds of improvements and others can enhance BFS's ability to ensure accountability in the spending of taxpayer dollars.

10. BFS is well positioned to help agencies and the federal government holistically understand and take stock of the problems GAO has reported on, and assist agencies in the government-wide mission to stop fraudulent and improper payments, including by enhancing our ability to help agencies identify payments that may potentially be directed to fraudulent accounts, payments to individuals or entities which may be barred from receiving government

payments, payments that are potentially improperly sent to deceased individuals, may have a mismatch between payee and account data, or have other indicators of problems.

11. For this reason, an important aspect of the President's DOGE efforts has been to quickly place me into the Treasury Department so I can understand how BFS's end-to-end payment systems and financial report tools work, recommend ways to update and modernize those systems to better identify potentially improper and fraudulent payments, and find ways for BFS to assist federal agencies in responding to statutes, regulations, and Executive Orders that affect the Government's payment authorities and spending priorities.

12. As soon as I arrived at the Treasury Department, I met with Treasury leadership to begin operationalizing the Treasury DOGE Team's work. This early work included: (1) initiating conversations with BFS regarding our shared payment integrity and efficiency goals, and setting up a plan to achieve those goals; and (2) ensuring that the Treasury DOGE Team was leveraging its unique technological expertise to help operationalize the President's policy priorities for the early days of the Administration, including by helping identify payments that may be improper under his new Executive Orders.

13. Coming out of these early conversations, on January 26, 2025, BFS initiated a 4-6 week payment process engagement plan ("engagement") in which BFS would support the Treasury DOGE Team in understanding payment processes and identifying opportunities to advance payment protection, government efficiency, and fraud reduction goals. The objective of the engagement is to gain insight into the full, end-to-end payment process across multiple BFS payment systems, and to identify data gaps that, if resolved, would make the system to work more efficiently and securely.

14. One initial goal of the engagement was to ensure that all payments through BFS's payment systems included Treasury Account Symbols (TAS) and Business Event Type Codes (BETCs), which are used to identify what type of payment and accounts each payment request is associated with. These are the kinds of enhanced controls suggested in the March 30, 2023 GAO Report. BFS has three separate primary payments systems (PAM, ASAP, ITS.gov) that support payments on behalf of nearly 250 agencies. These payment systems feed into CARS, which is a system that agencies use to track how payments should be accounted for budgetary purposes. PAM, or Payment Automation Manager, is the most widely used of BFS's payment systems. Within PAM, there are two types of payments, known as Type A and Type B—Type A is for high value, low volume payments, while Type B applies to lower value, higher volume payments. At present, a significant number of Type B payments are often missing TAS and BETC codes, meaning that payor agencies are required to modify the payment records in CARS well after payments have been certified and processed. As a result, I believe that certain of these payments cannot be accounted for accurately in CARS, and cannot be correctly connected in CARS to particular programs or purposes even after the money has been spent. The Treasury DOGE Team agreed to help address this issue as part of its preliminary work plan, in support of its goal of modernizing and identifying efficiencies.

15. Because an important part of our work was to understand the full end-to-end payment process, across multiple payment systems, this work required review of the source code for BFS's payment systems and databases across multiple BFS payment systems as well as the ability to review sensitive payment data. The Treasury Secretary, through his Chief of Staff, approved the engagement in the early days of the new Administration. Because such access

could present risks, including potential disruptions to BFS's payments systems, cybersecurity vulnerabilities, insider threat risks, and other risks that are inherent to any user access to sensitive IT systems, BFS recommended multiple mitigation measures. While these measures could not fully guarantee that the risks would not materialize, they would significantly reduce their likelihood. BFS and the DOGE Team implemented a number of mitigation measures, including physical and technical controls, instructions on proper data handling and safeguarding, and BFS staff oversight, to protect sensitive data and minimize the potential of disruptions to systems from the DOGE Team's work, as further explained in the accompanying Declaration of Joseph Gioeli.

16. The engagement remains in its initial stages—the Treasury DOGE Team was still in the process of being granted the agreed-upon levels of access to BFS databases and source code when Mr. Elez resigned. To my knowledge, as of the date of his resignation, Mr. Elez had access to and was analyzing copies of the source code for certain BFS payment systems in a secure, contained environment that was not connected to any production or test environments; thus, Mr. Elez had no ability to change BFS payments or the BFS payment system. Further, Mr. Elez had read-only access to the PAM and SPS[2] payment databases, subject to the agreed-upon mitigations and BFS oversight. My only access to these systems was so-called "over the shoulder" access to watch as other people were working within the systems or with data from the system. However, on February 8, 2025, an Order issued in this case restricted my access to certain BFS data and systems. I have received guidance on compliance with that Order from Treasury attorneys and am complying with that guidance.

---

[2] As noted in the Gioeli Declaration, I understand from BFS that there was briefly an error that provided Mr. Elez read/write access to the SPS system, but that Mr. Elez did not access that system during that time, and was likely unaware that he had any such read/write access.

17. As part of the Treasury DOGE Team's efforts to assist payor agencies in identifying payments that may have been improper under the President's Executive Orders, we received direction from Treasury leadership that the Treasury DOGE Team and BFS help agencies effectuate the President's Executive Orders requiring pauses to certain types of financial transactions, including with respect to foreign development assistance. Specifically, under the President's January 20, 2025 Executive Order, entitled "Reevaluating and Realigning United States Foreign Aid," the President required that agencies pause all foreign development assistance for assessment of programmatic efficiencies and consistency with United States foreign policy. Section 3(e) of the order authorized the Secretary of State to issue waivers that would authorize specific payment programs to move forward notwithstanding the pause.

18. The Treasury DOGE Team, with assistance from BFS, was well positioned to facilitate the State Department's review of potentially applicable payments to determine if an exemption under Section 3(e) applied. Upon direction from Treasury leadership, we worked with BFS to identify particular categories of payments potentially implicated by the Executive Order, that should be reviewed by the State Department prior to payment, consistent with the Executive Order's requirements.

19. Specifically, the Treasury DOGE Team and BFS developed a process that would allow the State Department to review such payments prior to the payor agency's certification of the payments for BFS processing. In the normal course, when an agency initially provides a payment file to BFS through its PAM system, BFS conducts certain reviews of that file (known as "pre-edit") before requesting that the agency certify the payment, after which point the file is processed through BFS's systems. An example of a check that occurs during

the pre-certification phase is to compare the payments in the file against the Do Not Pay working system, which is used to identify payments that may be improper or fraudulent. If transaction(s) in a payment file lead to a match when screened through the Do Not Pay working system, BFS notifies the submitting agency, which is given an opportunity to reexamine the payment file to determine whether to ultimately certify it for processing.

20. Our work to implement the President's foreign aid Executive Order was intended to operate similarly. The plan we implemented included identifying payments files in the pre-edit phase, prior to certification and processing, that may fall within the scope of the Executive order and, thus, require review by the State Department, as the authorized agency under the Executive Order, to determine whether they fall within the scope of the Executive Order but should receive a waiver, or whether instead the payor agency should pause the payment pursuant to the Executive Order. Starting on January 31, 2025, BFS and the Treasury DOGE Team collaborated to operationalize this process for the State Department, by identifying incoming payments that matched certain Treasury Account Symbols (TAS) associated with foreign aid payments, and flagging those payments for the State Department for review consistent with the Executive Order. BFS and the Treasury DOGE Team emphasized to the State Department that its review of identified payments should be conducted within one business day to minimize delays where payment should be authorized. At no point did BFS refrain from transmitting a payment that had been duly certified by the payor agency, because, once certified, BFS is obliged to process the payment. As described further in the Declaration of Vona S. Robinson filed concurrent with my declaration, only two sets of payments have thus far been flagged through this process; the first, on February 7, 2025, was determined by the State Department not to fall within the scope of the Executive Order.

Those payments proceeded as planned. The second, on February 10, was flagged for the State Department and later canceled by the requesting agency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/11/25 Signed: ________________

Thomas H. Krause, Jr.

Senior Advisor for Technology and Modernization

United States Department of the Treasury

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, *et al.*<br>*Plaintiffs*,<br>*v.*<br>U.S. Department of the Treasury, *et. al.*<br>*Defendants*. | Case No. 1:25-cv-1144-JAV |

I, Vona S. Robinson, declare under penalty of perjury:

1. I currently serve as the Deputy Assistant Commissioner for Federal Disbursement Services at the Bureau of the Fiscal Service (BFS or the Bureau). I have been employed in this role since October 2022; prior to that, I served as Executive Director Federal Disbursement Services from February 2019 to October 2022. I report to Linda Chero, Assistant Commissioner, Disbursing and Debt Management. I am a career civil servant.

2. In my current role, I oversee, among other things, the Bureau's Federal Payment Operations. My office is responsible for disbursing 87.8% of the U.S. Government's payments valued at 5.46 trillion dollars annually. My office works closely with BFS's Office of Transformation and Modernization, which is headed by Deputy Commissioner Joseph Gioeli. Mr. Gioeli's office is responsible for the integrity, operational efficiency, and security of the technological infrastructure, whereas the Office for Disbursement Services is responsible for overseeing the business processing of payment requests that come into BFS's payment systems.

3. In this role, I have extensive knowledge of the Fiscal Service business processes for the disbursement of federal payments. Information in this declaration is based on my personal knowledge and information made available to me in the course of my official duties. I provide this declaration in support of Defendants' opposition to Plaintiffs' Motion for a Temporary Restraining Order in the above-captioned case.

4. As described in the accompanying Declaration of Joseph Gioeli, BFS has multiple payment systems that are responsible for different tasks and processes; multiple of these systems are involved in BFS's engagement with the Treasury Department of Government Efficiency (DOGE) team. As relevant to the topics discussed in this declaration, Payment Automation Manager (PAM) is the primary application used by Treasury to process payments for disbursement, and it includes several component sub-systems, as discussed below. Secure Payment System (SPS) is another payment processing system, through which agencies securely create, certify, and submit payment files to Treasury; it is also typically used for one-time large dollar amount transactions.

5. Within PAM, PAM's "file system" receives payment files from payor agencies into its "landing zone," which is the existing system that ingests payment files before agencies certify the payments for processing. When payment files come into the "landing zone," they are transferred to the PAM application where the payment file is validated and a pre-edit report is generated and sent back to the Federal Agency that contains, among other things, information about potentially improper or fraudulent payments. The Federal Agency uses this report to certify the payments in the SPS system, after which the payments are processed consistent with the instructions within the file.

6. I am familiar with the Bureau's efforts to develop and implement a 4-6 week payment process engagement plan ("engagement") in which the Bureau would support the Treasury DOGE Team—which I understand consisted of Tom Krause and Marko Elez, until Mr. Elez's resignation on February 6, 2025. I understand that the purpose of the engagement was to understand BFS payment processes and identify opportunities to advance payment integrity and fraud reduction goals.

7. I am also aware of Treasury leadership's decision to approve a process that would assist agencies in complying with the President's January 20, 2025 Executive Orders requiring that certain types of foreign aid-related payments be paused, and I am familiar with the Treasury DOGE Team's collaboration with BFS staff, including some within my office, to help effectuate this decision.

8. I understand that, on or about January 26, 2025, Treasury leadership approved a process that would assist agencies in complying with the President's January 20, 2025 Executive Order on foreign aid. Specifically, the Bureau was directed to develop a process to identify all USAID payment files within the PAM file system's "landing zone," to flag those payments for the State Department as potentially implicated by the President's foreign aid Executive Order, prior to their entry into the PAM payment processing systems. Before this process could get fully underway, however, on January 27, Treasury leadership informed BFS that State Department had decided to intercept the USAID files prior to the initial submission to BFS, and therefore it would not be necessary to continue

to flag any USAID payment files for the State Department's review. Between January 26 and the revised decision on January 27, BFS did not receive any USAID payment files. [1]

9. On January 27, 2025, the Bureau of Information and Security Services (ISS), a component of BFS, established the secure portal that would allow the authorized State Department officials to retrieve copies of the identified payment files consistent with the authorized process.

10. On January 31, the Bureau was directed to (1) identify incoming specific Agency payment files to the "landing zone" that met 4 specified Treasury Account Symbol (TAS)[2] codes,—I understand that those TAS codes had been associated with categories of payments that were not USAID payments, but which nonetheless may have been covered under the foreign aid Executive Order; (2) create a copy of the payment files with those TAS codes—the original payment files would remain in the landing zone to ensure payment integrity; (3) move those copies into a separate folder (the "MoveIT" folder) where they could be sent to authorized officials at the State Department for review; (4) deliver the copies to authorized staff at the State Department through a secure portal that was limited in access to certain designated Department of State officials, for same-day

[1] Several USAID payment files *were* received later, on February 4 and February 5—BFS received a separate authorization email from the USAID copying State Department indicating that the files should move forward as scheduled, which they did. No USAID payment files were received after February 5.

[2] A TAS is an identifier for a particular agency's account, which typically is associated with a an individual agency appropriation, receipt, or other fund account. One TAS code was associated with the Millenium Challenge Corporation (MCC) and three TAS codes were associated with certain payments from the Department of Health and Human Services (HHS). These included two sub-accounts labeled "Refugee and Entrant Assistance, Admin for Children and Families," one account labeled "Gifts and Donations Office of Refugee Resettlement, Admin for Children and Families," and one account labeled "Refugee Resettlement Assistance, Administration for Children and Families, Health and Human Services."

review, and (5) allow those State Department officials to determine whether the Executive Order required a pause, or whether the original payment files should move forward into PAM's processing system for disbursement according to Treasury's normal payment processes.

11. At the outset, I understand that BFS career staff queried the PAM file system manually to identify payment files and shared those payment files with Mr. Elez for review through the MoveIT folder. I further understand that, at some point after January 31, Mr. Elez assisted in automating the manual review of the payment files.

12. On the afternoon of February 6, 2025, Mr. Elez resigned, and his electronic devices were returned to BFS and the Treasury Department.

13. On the morning of February 7, four payment files were flagged with a TAS associated with the "Refugee and Entrant Assistance, Admin for Children and Families" account, indicating that the State Department review should be conducted. At 2 p.m., the State Department indicated that the files could be processed normally, as the State Department determined it did not have authority over the payments under the Executive Order. The four payment files were then processed in the normal course that same day.

14. On February 10, Millennium Challenge Corporation submitted an international payment request. The payment was forwarded to State Department for further review consistent with the established process. At approximately 2:00 pm eastern, the MCC certifying official (not the State Department representative) requested Fiscal Service to not process the payment.

15. As of February 10, we have ensured that the State Department review process will not proceed for payment requests within the scope of the TRO order issued in *New York v. Trump*, No. 1:25-cv-39-JJM-PAS (D.R.I.).

16. To the best of my knowledge, BFS has not failed to disburse any payment duly certified by a payor agency as a result of the Treasury DOGE Team's work. To date, no payments, with the exception of the single MCC payment mentioned above, have been delayed or canceled by the payor agency as a result of the re-routing and review process described herein.

I swear upon penalty of perjury that the foregoing is true and correct.

Dated: 2/11/2025 Vona S. Robinson

Vona S. Robinson

Deputy Assistant Commissioner – Federal Disbursement Services

Bureau of the Fiscal Service

U.S. Department of the Treasury

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| State of New York, *et al.*<br>*Plaintiffs*,<br>*v.*<br>U.S. Department of the Treasury, *et. al.*<br>*Defendants*. | Case No. 1:25-cv-1144-JAV |

I, Vona S. Robinson, declare under penalty of perjury:

1. I currently serve as the Deputy Assistant Commissioner for Federal Disbursement Services at the Bureau of the Fiscal Service (BFS or the Bureau). On February 11, 2025, I submitted a declaration in support of Defendants' opposition to Plaintiffs' Motion for a Preliminary Injunction.

2. I provide this declaration to make two small corrections to my declaration submitted in support of that filing.

3. First, paragraph 9 of my February 11 declaration referred to the "Bureau of Information and Security Services (ISS)," whereas it should have read "Office of Information and Security Services," as ISS is an office within BFS, and not a Bureau of the Treasury Department.

4. Second, my February 11 stated, in paragraph 14, that on "February 10, Millennium Challenge Corporation submitted an international payment request." I have since learned that the Department of Interior (DOI), Interior Business Center, which is a federal shared services provider and provides Financial Management Services among other things to

Federal Agencies, submitted the referenced February 10 international certified payment request on behalf of Millennium Challenge Corporation. Similarly, it was DOI, and not MCC, that requested Fiscal Service to not process the payment at approximately 2:00 p.m. that day.

5. I apologize to the Court for the inadvertent errors.